JS 44 (Rev. 06/17)    District of Colorado Form

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Angela Nicole Linzy

**(b)** County of Residence of First Listed Plaintiff: **Arapahoe**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Angela Linzy PRO SE
15077 E Stanford Dr
720-625-0601

## DEFENDANTS
City and County of Denver, Heylie Montoya #21067, Carolyn Wright #20019, Claire Issaccson #16070, Chad Kuroda #01062, Crystal Raymond #07625

County of Residence of First Listed Defendant: **Denver**
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION
[X] 3 Federal Question (U.S. Government Not a Party)

## III. CITIZENSHIP OF PRINCIPAL PARTIES
Citizen of This State: PTF [X]1  DEF [X]1

## IV. NATURE OF SUIT
[X] 440 Other Civil Rights

## V. ORIGIN
[X] 1 Original Proceeding

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing: **42 USC §§ 1983 and 1985 Fourteenth Amendment**
Brief description of cause: Due Process, Purceedual Due Process, Monell Liability

## VII. REQUESTED IN COMPLAINT:
JURY DEMAND: [X] No