Generated: May 21, 2025 3:30PM                                                                                                     Page 1/1



# U.S. District Court

## District of Colorado

Receipt Date: May 21, 2025 3:30PM

Angela Nicole Linzy

| Rcpt. No: 114320 | | Trans. Date: May 21, 2025 3:30PM | | | Cashier ID: #AR (6669) |
|---|---|---|---|---|---|
| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
| 200 | Civil Filing Fee- Non-Prisoner | 25CV1613 | 1 | 405.00 | 405.00 |

| CD | Tender | Amt |
|---|---|---|
| CC | Credit Card | $405.00 |

| | |
|---|---|
| Total Due Prior to Payment: | $405.00 |
| Total Tendered: | $405.00 |
| Total Cash Received: | $0.00 |
| Cash Change Amount: | $0.00 |

**Comments**: 25-cv-1613-RTG Filing Fee


Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.