IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-01613-RTG

ANGELA NICOLE LINZY,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER,
DENVER POLICE DEPARTMENT,
OFFICER HEYLIE MONTOYA, Badge #21067,
CORPORAL CLAIRE ISAACSON, Badge #16070,
OFFICER CAROLYN WRIGHT, Badge #22019,
OFFICER MATTHEW KEELING, Badge #20019,
OFFICER KERRI MISIANO, Badge #21018,
OFFICER ANDRE GONZALES, Badge #21069,
OFFICER GREGORY BLACK, Badge #15004,
SERGEANT CHAD KURODA, Badge #01062,
SERGEANT KARL ROLLER, Badge #94016,
SERGEANT ALAN MA, Badge #13001,
SERGEANT MATTHEW TRUJILLO, Badge #07056,
SERGEANT JESSICA SANCHEZ, Badge #07064,
SERGEANT DAVID WASHECHEK, Badge #04060,
SERGEANT KEVIN M. KIRBY, Badge #06042, and
DETECTIVE CRYSTAL RAYMOND, Badge #07025,

    Defendants.

## ORDER DRAWING CASE

After review pursuant to D.C.COLO.LCivR 8.1(a), the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a presiding judge and, if applicable, to a magistrate judge. *See*

1

D.C.COLO.LCivR 8.1(c). Accordingly, it is **ordered** that this case be drawn to a presiding judge and, if applicable, to a magistrate judge.

DATED July 3, 2025.

BY THE COURT:

_Richard T. Gurley_

Richard T. Gurley
United States Magistrate Judge