

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
OFFICE OF THE CLERK**

JEFFREY P. COLWELL
CLERK OF COURT

Room A-105
Alfred A. Arraj United States Courthouse
901 19th Street
Denver, Colorado 80294
Phone(303) 844-3433
www.cod.uscourts.gov

7/3/2025

Re:   Linzy v. City and County of Denver et al
Civil Action Number: 25-cv-01613-TPO

Dear **Angela Nicole Linzy**

Please be advised that your case has been assigned to **Magistrate Judge Timothy P. O'Hara**. On all future pleadings please reference the judge designation in the civil action number as shown above.

Issued summonses, and the United States Magistrate Consent form are enclosed for service on the defendant(s). A copy of Rule 4 of the Federal Rules of Civil Procedure regarding the summons and service thereof is enclosed for your review. We encourage you to serve your summons and complaint promptly, and file your return of service with the court.

Continue to file original documents with the Court. Furthermore, it is required that you mail a copy of all pleadings filed with the Court to all parties or their attorneys. You must file proof of this service in the form of a certificate of service along with each document that you file with the Court.

Thank you for your cooperation in this matter.

Very truly yours,
JEFFREY P. COLWELL, CLERK

By: s/ A. Monares
Deputy Clerk