AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No.

**PROOF OF SERVICE**

25 JUL 14  PM 2: 27

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Denver Police Department

was received by me on *(date)* 7/14/25 .

☑ I personally served the summons on the individual at *(place)* Denver Police Department HQ
_____ on *(date)* 7/14/25 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 7/14/25
_____
Server's signature

Andrew Mann    Server
_____
Printed name and title

15015 E. Stanford Dr
_____
Server's address

Additional information regarding attempted service, etc:  Aurora, Co. 80015