Case No. 1:25-cv-01613-TPO   Document 10   filed 07/14/25   USDC Colorado   pg 1
Case No. 1:25-cv-01613-TPO   Document 9-1 filed 07/03/25   USDC Colorado   pg 2
of 2

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

25 JUL 14 AM 11:06

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Sergeant Mthew Trujillo__

was received by me on *(date)* __7/12/25__.

☑ I personally served the summons on the individual at *(place)* __District 5__
on *(date)* __7/12/25__ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __7/12/25__

_____
Server's signature

__Andrew Moger Server__
Printed name and title

__15018 E. Stanford Dr.__
Server's address

Additional information regarding attempted service, etc: __Aurora Co. 86015__