AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

**PROOF OF SERVICE**

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
25 JUL 14 PM 2:27

This summons for *(name of individual and title, if any)* __City and County of Denver__
was received by me on *(date)* __7/14/25__.

☑ I personally served the summons on the individual at *(place)* __Mayors Office__
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ __0.00__ for travel and $ __0.00__ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __7/14/25__

_____
Server's signature

Andrew Mogan
Printed name and title

15018 E. Stanford Dr
Server's address

Additional information regarding attempted service, etc: Aurora, CO 80015