AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:25-cv-01613-TPO

**PROOF OF SERVICE**

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

25 JUL 16 PM 3:16

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Officer Kerri Misiano

was received by me on *(date)* 7/15/25

☑ I personally served the summons on the individual at *(place)* Denver Police Department Dis 5 on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 7/15/25

_____
Server's signature

Andrew Mogan
Printed name and title

15018 E. Stanford Dr
Server's address

Additional information regarding attempted service, etc: Aurora, Co. 80015