AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
25 JUL 25 PM 3: 46

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **OFFICER Crystal Raymond**
was received by me on *(date)* **7/16/25**.

☒ I personally served the summons on the individual at *(place)* **Denver Traffic Operations Bureau**
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ **0.00** for travel and $ **0.00** for services, for a total of $ **0.00** .

I declare under penalty of perjury that this information is true.

Date: **7/16/25**

_____
Server's signature

**Andrew Mogan   Server**
Printed name and title

**15018 E. Stanford Dr.**
Server's address

Additional information regarding attempted service, etc: **Aurora, Co. 80015**