CASE NO 1:25-cv-01613-TPO

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

25 JUL 25 PM 3: 46

**Plaintiff's Motion for Leave to File Second Amended Complaint**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:25-cv-01613-TPO

Plaintiff:

ANGELA NICOLE LINZY

v.

Defendants:

CITY AND COUNTY OF DENVER,

DENVER POLICE DEPARTMENT,

OFFICER HEYLIE MONTOYA 21067,

OFFICER MATTHEW KEELING 20019,

OFFICER GREGORY BLACK 15004,

CORPORAL CLAIRE ISAACSON 16070,

CORPORAL KARL ROLLER 94016,

Defendant Karl Roller was, at all relevant times, a police officer with the Denver Police
Department, acting under color of state law. Upon information and belief, he is now retired. His
last known address is [ 12025 E 45th Ave. Denver Colorado, 80239].

OFFICER CAROLYN WRIGHT Defendant Carolyn Wright was at all relevant times, a police
officer with the Denver Police Department, acting under color of state law. Upon information
and belief, she has since moved out of state. Last known address: [12025 East 45th Ave. Denver
CO, 80239].

OFFICER KEERI MISIANO 21018,

CASE NO 1:25-cv-01613-TPO

SERGEANT JESSICA SANCHEZ 07064,

SERGEANT DAVID WASHECHEK 04060,

SERGEANT CHAD KURODA 01062,

SERGEANT MATTHEW TRUJILLO 07056,

SERGEANT ALAN MA 13001,

SERGEANT KEVIN M. KIRBY 06042,

DETECTIVE CRYSTAL RAYMOND 07025,

SERGEANT JAMES ARMSTRONG JR 13053,

Defendants.

## MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

Plaintiff, Angela Nicole Linzy, respectfully moves this Court for leave to file the attached Second
Amended Complaint, and states as follows:

### 1. Introduction

Plaintiff seeks to amend the complaint to accurately reflect new information regarding
defendants and correct previous clerical errors regarding official documentation relevant to
Plaintiff's claims.

### 2. Justification for Amendment

Updated Defendant Information:

Carolyn Wright is no longer a resident of Colorado; her last known address is 12025 East 45th
Avenue, Denver, CO 80239.

Karl Roller (noted as "KARL" Roller) has retired; his last known address is also 12025 East 45th
Avenue, Denver, CO 80239.

CASE NO 1:25-cv-01613-TPO

James Armstrong Jr. is added as a defendant in his individual capacity due to supervisory involvement in approving police reports.

Correction of GO Report Numbers:

The relevant Denver Police General Offense (GO) reports for the incident are GO#288763, GO#288789, and GO#288806.

These reports were previously misnumbered or duplicated in prior filings and are now correctly identified.

Incorporation of Legal Framework:

The Second Amended Complaint integrates the Supreme Court's ruling in Hope v. Pelzer, 536 U.S. 730 (2002), which establishes that qualified immunity does not apply when government officials violate "obviously established" constitutional rights.

Plaintiff's claims assert that defendants' conduct—including failing to render aid, secure the crash scene, and accurately document Plaintiff's involvement—was so clearly unconstitutional that qualified immunity is not appropriate.

## 3. Procedural Background and Rule 15(a) Standards

Under Federal Rule of Civil Procedure 15(a)(2), leave to amend pleadings "shall be freely given when justice so requires."

There has been no undue delay, bad faith, or prejudice to Defendants caused by this amendment.

CASE NO 1:25-cv-01613-TPO

The amendment is essential for ensuring the complaint properly identifies all responsible parties and corrects crucial factual and legal details.

### 4.  No Prejudice and Prompt Action

Plaintiff intends no undue delay or tactical advantage.

The amendments reflect facts and legal positions discovered since the original filing.

Defendants will not suffer prejudice because the amended complaint clarifies current and important information necessary for proper defense.

### 5.  Conclusion

*For the foregoing reasons, Plaintiff respectfully requests that the Court grant leave to file the attached Second Amended Complaint, which includes:*

- Updated defendant status and addresses (Carolyn Wright and Karl Roller),

- Addition of James Armstrong Jr. as a new defendant,

- Corrected GO report numbers,

- Integration of the Hope v. Pelzer legal standard regarding qualified immunity.

### PRAYER FOR RELIEF

*WHEREFORE, Plaintiff prays for an order granting leave to file the Second Amended Complaint and that the Court award such other and further relief as it deems just and proper.*

*Respectfully submitted,*

CASE NO 1:25-cv-01613-TPO

Angela Nicole Linzy

Date: 7/25/25

CERTIFICATE OF SERVICE

I certify that on [insert date], a true and correct copy of this Motion and the proposed Second
Amended Complaint was served on all counsel of record and unrepresented parties via [method
of service].

Authorities Cited

Fed. R. Civ. P. 15(a)(2)

Hope v. Pelzer, 536 U.S. 730 (2002)

Local Rule 15.1(b), District of Colorado