# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Case No. 1:25-cv-01613-TPO

ANGELA NICOLE LINZY,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER, ET. AL

    Defendants.

## DEFENDANT'S UNOPPOSED MOTION FOR EXTENSIONS OF TIME TO RESPOND TO PLAINTIFF'S PENDING MOTION FOR LEAVE TO AMEND COMPLAINT, AND TO OPERATIVE COMPLAINT

    Defendants City and County of Denver, Denver Police Department, Heylie Montoya, Claire Isaacson, Carolyn Wright, Matthew Keeling, Kerri Misiano, Andre Gonzales, Gregory Black, Chad Kuroda, Karl Roller, Alan Ma, Matthew Trujillo, Jessica Sanchez, David Washechek, Kevin Kirby, and Crystal Raymond (individually or collectively, "Defendants"), move for an extension of time to respond to the Amended Complaint. In support thereof, Defendants state as follows:

1. Plaintiff filed her Complaint on May 21, 2025, in the Denver District Court. ECF No. 1.

2. The Court ordered Plaintiff to amend her complaint May 28, 2025. ECF No. 3.

3. Plaintiff filed an Amended Complaint on May 28, 2025. ECF No. 4.

4. Plaintiff's Amended Complaint was served upon Defendants between July 12 and July 16, 2025. ECF Nos. 8-16.

5. Defendants' deadlines to respond to the Amended Complaint begin on August 4, 2025.

6. Plaintiff filed her Motion for Leave to File Second Amended Complaint on July 25, 2025. ECF No. 17. This motion is pending before the Court.

7. Defendants' deadline to respond to Plaintiff's pending motion is August 15, 2025.

8. The Court's ruling will determine the operative complaint and affect Defendants' time to respond to it.

9. Defendants are requesting additional time to respond to Plaintiff's pending motion, and then to the operative complaint after the Court rules on Plaintiff's pending motion.

10. The undersigned counsel conferred with Plaintiff on August 1, 2025. Plaintiff does not oppose the relief sought in this motion.

WHEREFORE, for the reasons stated, Movant Defendants respectfully request that this Court grant this motion and (1) order Defendants to file their response to Plaintiff's Motion for Leave to File Second Amended Complaint by August 15, 2025; and (2) order Defendants to respond to the operative complaint in accordance with the Court's forthcoming order ruling on Plaintiff's Motion for Leave to File Second Amended Complaint or the Federal Rules of Civil Procedure.

Dated this 1st day of August 2025.

Submitted by,

*/s/ Bryan Kaufman*
Bryan Kaufman, Assistant City Attorney
Denver City Attorney's Office
Civil Litigation Section
201 W. Colfax Avenue, Dept. 1108
Denver, Colorado 80202-5332
Telephone: 720-913-3304
Facsimile: 720-913-3155
bryan.kaufman@denvergov.org

*Counsel for Defendants City and County of Denver, Denver Police Department, Heylie Montoya, Claire Isaacson, Carolyn Wright, Matthew Keeling, Kerri Misiano, Andre Gonzales, Gregory Black, Chad Kuroda, Karl Roller, Alan Ma, Matthew Trujillo, Jessica Sanchez, David Washechek, Kevin Kirby, and Crystal Raymond*

### CERTIFICATE OF SERVICE

I certify that on August 1, 2025, I electronically filed the foregoing **DEFENDANT'S MOTION FOR EXTENSIONS OF TIME TO RESPOND TO PLAINTIFF'S PENDING MOTION FOR LEAVE TO AMEND COMPLAINT, AND TO OPERATIVE COMPLAINT** with the Clerk of the Court using the CM/ECF system and mailed a true and accurate copy of the same via USPS to the following:

Angela Nicole Linzy
15017 East Stanford Dr.
Aurora, CO 80015
*Pro Se Plaintiff*

/s Michele Imes
Denver City Attorney's Office