Case No. 1:25-cv-01613-TPO

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

25 AUG 18 PM 2:20

IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLORADO

Civil Action No. 1:25-cv-01613-TPO

ANGELA NICOLE LINZY,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER, et al.,

    Defendants.

## PLAINTIFF'S REPLY IN SUPPORT OF MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

Plaintiff, Angela Nicole Linzy, respectfully submits this Reply in support of her Motion for Leave to File Second Amended Complaint.

Defendants have filed a Response indicating that they do not oppose Plaintiff's motion. Accordingly, Plaintiff requests that the Court grant leave to file the Second Amended Complaint, which was submitted as an attachment to the original motion.

Plaintiff thanks the Court for its consideration and has no further argument at this time.

Case No. 1:25-cv-01613-TPO

Respectfully submitted,

Angela Nicole Linzy

Pro SE Plaintiff

15017 E Stanford Dr.

Aurora, CO. 80015

720-520-2259

mslinzy0@gmail.com

Case No. 1:25-cv-01613-TPO

CERTIFICATE OF SERVICE

I hereby certify that on this date 8/18/2025, a true and correct copy of the foregoing PLAINTIFF'S REPLY IN SUPPORT OF MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT was served by email on the following counsel of record:

Bryan Kaufman

Assistant City Attorney

Denver City Attorney's Office, Civil Litigation Section

bryan.kaufman@denvergov.org


Angela Nicole Linzy

Pro Se Plaintiff

August 18, 2025

*/s/ Angela Linzy*