1:25-cv-01613-TPO

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
25 SEP -3 PM 4:22

This summons for *(name of individual and title, if any)* **Claire Isaacson**
was received by me on *(date)* **9/3/25**.

☑ I personally served the summons on the individual at *(place)* **Dist 5**
on *(date)* **9/3/25** ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ **0** for travel and $ **0** for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **9/3/25**

*Server's signature*

**Andrew Moqan        Server**
*Printed name and title*

**15018 E. Stanford Dr. Aurora Co. 80015**
*Server's address*

Additional information regarding attempted service, etc: