AO 399 (01/09) Waiver of the Service of Summons

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

25 SEP -4 PM 3:49

# UNITED STATES DISTRICT COURT

District of

Angela Nicole Linzy

*Plaintiff*

v.

Carolyn Wright

*Defendant*

Civil Action No. 1:25-cv-01613

## WAIVER OF THE SERVICE OF SUMMONS

To: Bryan Kaufman
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from August 29, 2025, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: September 3, 2025

Carolyn Wright
*Printed name of party waiving service of summons*

*Signature of the attorney or unrepresented party*

Bryan Kaufman
*Printed name*

201 West Colfax Ave, Dept 1108
Denver, CO 80202
*Address*

bryan.kaufman@denvergov.org
*E-mail address*

(720) 913-3304
*Telephone number*