IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-01613-TPO

ANGELA NICOLE LINZY,

    Plaintiff

v.

CITY AND COUNTY OF DENVER, DENVER POLICE DEPARTMENT, OFFICER HEYLIE MONTOYA, CORPORAL CLAIRE ISAACSON, OFFICER CAROLYN WRIGHT, OFFICER MATTHEW KEELING, OFFICER KERRI MISIANO, OFFICER ANDRE GONZALES, OFFICER GREGORY BLACK, SERGEANT CHAD KURODA, SERGEANT KARL ROLLER, SERGEANT ALAN MA, SERGEANT MATTHEW TRUJILLO, SEGREANT JESSICA SANCHEZ, SERGEANT DAVID WASHECHEK, SERGEANT KEVIN KIRBY, DETECTIVE CRYSTAL RAYMOND, JAMES ARMSTRONG,

    Defendants.

## DEFENDANTS' UNOPPOSED MOTION TO STRIKE ECF #35

Defendants City and County of Denver, Denver Police Department, Heylie Montoya, Claire Isaacson, Carolyn Wright, Matthew Keeling, Kerri Misiano, Andre Gonzales, Gregory Black, Chad Kuroda, Karl Roller, Alan Ma, Matthew Trujillo, Jessica Sanchez, David Washechek, Kevin Kirby, Crystal Raymond, and James Armstrong (individually or collectively, "Defendants"), by and through counsel submit this Unopposed Motion to Strike Defendant's Motion [ECF #35].

The parties conferred by telephone regarding this motion on September 12, 2025. Plaintiff stated that she did not oppose this Motion.

1. Defendants filed a Motion to Dismiss Second Amended Complaint on September 2, 2025. [ECF #29].

2. On September 11, 2025, Defendants mistakenly filed another motion to dismiss. [ECF #35].

3. Defendants intend for [ECF #29] to be its effective motion to dismiss, not [ECF #35].

4. Therefore, Defendants ask that [ECF #35] be stricken from the record.

.

Dated this 12th day of September 2025.

Respectfully submitted by,

/s/ Bryan Kaufman
Bryan Kaufman
Assistant City Attorney
Denver City Attorney's Office
Civil Litigation Section
201 W. Colfax Avenue, Dept. 1108
Denver, Colorado 80202-5332
Telephone: (720) 913-3100
Facsimile: (720) 913-3155
bryan.kaufman@denvergov.org
*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of September 2025, the foregoing **DEFENDANTS' UNOPPOSED MOTION TO STRIKE ECF #35** was filed with the Clerk of the Court via the CM/ECF system which will send a notification of such filing to the following:

Angela Nicole Linzy
15017 East Stanford Dr.
Aurora, CO 80015
*Pro Se Plaintiff*

                                              *s/ Jessie Foreman*
                                              Denver City Attorney's Office