IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-01613-TPO

ANGELA NICOLE LINZY,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER, DENVER POLICE DEPARTMENT, OFFICER HEYLIE MONTOYA, CORPORAL CLAIRE ISAACSON, OFFICER CAROLYN WRIGHT, OFFICER MATTHEW KEELING, OFFICER KERRI MISIANO, OFFICER ANDRE GONZALES, OFFICER GREGORY BLACK, SERGEANT CHAD KURODA, SERGEANT KARL ROLLER, SERGEANT ALAN MA, SERGEANT MATTHEW TRUJILLO, SEGREANT JESSICA SANCHEZ, SERGEANT DAVID WASHECHEK, SERGEANT KEVIN KIRBY, DETECTIVE CRYSTAL RAYMOND, JAMES ARMSTRONG

    Defendants.

## [PROPOSED] ORDER GRANTING DEFEDANTS UNOPPOSED MOTION TO STRIKE ECF #35

THE COURT, having considered Defendants City and County of Denver, Denver Police Department, Heylie Montoya, Claire Isaacson, Carolyn Wright, Matthew Keeling, Kerri Misiano, Andre Gonzales, Gregory Black, Chad Kuroda, Karl Roller, Alan Ma, Matthew Trujillo, Jessica Sanchez, David Washechek, Kevin Kirby, Crystal Raymond, and James Armstrong (individually or collectively, "Defendants") Unopposed Motion to Strike ECF 35, and being otherwise sufficiently apprised, hereby GRANTS the Motion.

Dated this ___ day of September 2025.