IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-01613-TPO

ANGELA NICOLE LINZY,

     Plaintiff,

v.

CITY AND COUNTY OF DENVER;
DENVER POLICE DEPARTMENT;
HEYLIE MONTOYA;
CLAIRE ISAACSON;
CAROLYN WRIGHT;
MATTHEW KEELING;
KEERI MISIANO;
ANDRE GONZALES;
GREGORY BLACK;
CHAD KURODA;
KARL ROLLER;
ALAN MA;
MATHEW TRUJILLO;
JESSICA SANCHEZ;
DAVID WASHECHEK;
KEVIN KIRBY;
CRYSTAL RAYMOND; and
JAMES ARMSTRONG, JR.,

     Defendants.

---

**MINUTE ORDER**

---

**Entered by Timothy P. O'Hara, United States Magistrate Judge, on September 15, 2025.**

    Defendants' Unopposed Motion to Strike [ECF 36] is **granted**. Defendants' Motion to Dismissed, filed in error at ECF 35, is **stricken**. The Motion to Dismiss filed at ECF 29 remains the effective motion.