Case No. 1:25-cv-01613-TPO

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

25 SEP 16 AM 11:09

IN THE UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF COLORADO

Civil Action No. 1:25-cv-01613-TPO

ANGELA NICOLE LINZY,

Plaintiff

v

CITY AND COUNTY OF DENVER, et al.,

Defendants.

---

### MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF IN )NOTICE OF CONFERRAL REGARDING SUPPLEMENTAL ANSWER AND MOTION FOR LEAVE

Pursuant to D.C.COLO.LCivR 7.1(a), the undersigned certifies that on 9/15/2025, Plaintiff Angela Nicole Linzy, proceeding pro se, conferred via email with Bryan Kaufman, counsel for Defendants, regarding both Plaintiff's Motion for Leave to File Supplemental Answer and the Supplemental Answer to Defendants' Motion to Dismiss Mr. Kaufman indicated that he does not object to Plaintiff's request for leave to file a supplemental answer, nor to the filing of the supplemental answer itself. Dated: 9/15/2025

Respectfully submitted

Angela Nicole Linzy (Pro Se)

15017 E. Stanford Dr.

Aurora, CO 80015

(720) 520-2259

1

Case No. 1:25-cv-01613-TPO

mslinzy0@gmail.com

*[signature: Angela Juicy]*

2