IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-01613-TPO

ANGELA NICOLE LINZY,

    Plaintiff

v.

CITY AND COUNTY OF DENVER, DENVER POLICE DEPARTMENT, OFFICER HEYLIE MONTOYA, CORPORAL CLAIRE ISAACSON, OFFICER CAROLYN WRIGHT, OFFICER MATTHEW KEELING, OFFICER KERRI MISIANO, OFFICER ANDRE GONZALES, OFFICER GREGORY BLACK, SERGEANT CHAD KURODA, SERGEANT KARL ROLLER, SERGEANT ALAN MA, SERGEANT MATTHEW TRUJILLO, SEGREANT JESSICA SANCHEZ, SERGEANT DAVID WASHECHEK, SERGEANT KEVIN KIRBY, DETECTIVE CRYSTAL RAYMOND, JAMES ARMSTRONG,

    Defendants.

## DEFENDANTS' UNOPPOSED RESPONSE
## TO PLAINTIFF'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF
## IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

Defendants City and County of Denver, Denver Police Department, Heylie Montoya, Claire Isaacson, Carolyn Wright, Matthew Keeling, Kerri Misiano, Andre Gonzales, Gregory Black, Chad Kuroda, Karl Roller, Alan Ma, Matthew Trujillo, Jessica Sanchez, David Washechek, Kevin Kirby, Crystal Raymond, and James Armstrong (individually or collectively, "Defendants"), by and through counsel submit this Unopposed Response to Plaintiff's Motion for Leave to File Supplemental Brief in Opposition to Defendants' Motion to Dismiss.

The parties conferred by email regarding this Response on September 15, 2025. Plaintiff stated that she did not oppose the relief requested in this Response.

1. Defendants filed a Motion to Dismiss Second Amended Complaint on September 2, 2025. [ECF #29].

2. On September 3, 2025, Plaintiff filed her Opposition to Defendants' Motion to Dismiss. [ECF #31].

3. Today, September 16, 2025, Plaintiff filed a Motion for Leave to File Supplemental Brief in Opposition to Defendants' Motion to Dismiss and Proposed Supplemental Brief. [ECF #s 39-40].

4. Defendants do not object to Plaintiff filing a supplemental brief, but need additional time to respond to it, in addition to the September 3, 2025 Opposition.

5. Therefore, Defendants respectfully request the Court to order that Defendants' reply to Plaintiff's Opposition is due by September 30, 2025, fourteen days from today.

Dated this 16th day of September 2025.

Respectfully submitted by,

/s/ Bryan Kaufman
Bryan Kaufman
Assistant City Attorney
Denver City Attorney's Office
Civil Litigation Section
201 W. Colfax Avenue, Dept. 1108
Denver, Colorado 80202-5332
Telephone: (720) 913-3100
Facsimile: (720) 913-3155
bryan.kaufman@denvergov.org
*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of September 2025, the foregoing **DEFENDANTS' UNOPPOSED RESPONSE TO PLAINTIFFS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS** was mailed to the following:

Angela Nicole Linzy
15017 East Stanford Dr.
Aurora, CO 80015
*Pro Se Plaintiff*

                                             *s/ Michele Imes*
                                             Denver City Attorney's Office