IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-01613-TPO

ANGELA NICOLE LINZY,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER;
DENVER POLICE DEPARTMENT;
HEYLIE MONTOYA;
CLAIRE ISAACSON;
CAROLYN WRIGHT;
MATTHEW KEELING;
KEERI MISIANO;
ANDRE GONZALES;
GREGORY BLACK;
CHAD KURODA;
KARL ROLLER;
ALAN MA;
MATHEW TRUJILLO;
JESSICA SANCHEZ;
DAVID WASHECHEK;
KEVIN KIRBY;
CRYSTAL RAYMOND; and
JAMES ARMSTRONG, JR.,

    Defendants.

---

## MINUTE ORDER

**Entered by Timothy P. O'Hara, United States Magistrate Judge, on September 17, 2025.**

    Plaintiff's Motion for Leave to File Supplemental Brief in Opposition to Defendants' Motion to Dismiss [ECF 39] is **granted**. The Notice filed at [ECF 41] of Defendants' non-opposition is also **granted**, to the extent it can be construed as a Motion. The Court accepts Plaintiff's Supplemental Brief in Opposition to Defendants' Motion to Dismiss, filed at ECF 40.

    Defendants' Unopposed Response to Plaintiff's Motion for Leave to File Supplemental Brief in Opposition to Defendants' Motion to Dismiss [ECF 42] requests an extension to file a reply in support of their Motion to Dismiss. Defendants' Motion [ECF 42] is **granted,** and

Defendants shall Reply to Plaintiff's Opposition [ECF 31] and Supplemental Brief [ECF 40] **on or before September 30, 2025.**