FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

25 SEP 23 PM 4:47

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Kevin Kirby__
was received by me on *(date)* __Sept 19, 2025__

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Sergeant E.A. Louden__ , who is
designated by law to accept service of process on behalf of *(name of organization)* __District 2 Police Dept__
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ __0__ for travel and $ __0__ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __9/19/2025__

_____
Server's signature

__Crystal Derx  Server__
Printed name and title

__1507 E Stratford [Dr] Aurora CO 80015__
Server's address

Additional information regarding attempted service, etc: