AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No.    25 SEP 23 PM 4:47

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ＭＥＮ Ｍ. ＭＡ

was received by me on *(date)* ＿＿＿＿＿＿＿＿

☐ I personally served the summons on the individual at *(place)* ＿＿＿＿＿＿
＿＿＿＿＿＿ on *(date)* ＿＿＿＿＿ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ＿＿＿＿
＿＿＿＿＿, a person of suitable age and discretion who resides there,
on *(date)* ＿＿＿, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* ＳＥＲＧＥＡＮＴ ＭＡＲＩＯ Ｖａｚｑｕｅｚ who is
designated by law to accept service of process on behalf of *(name of organization)* ＤＥＮＶＥＲ
Ｄｉｓｔｒｉｃｔ 4 Ｐｏｌｉｃｅ Ｄｅｐａｒｔｍｅｎｔ on *(date)* Ｓｅｐｔ 14, 2025 or

☐ I returned the summons unexecuted because ＿＿＿＿＿＿ ; or

☐ Other *(specify):*

My fees are $ Ø for travel and $ Ø for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: Sept 19, 2025

＿＿＿＿＿
*Server's signature*

Crystal Dexx
*Printed name and title*

1501 E Stanford Dr Aurora CO. 80015
*Server's address*

Additional information regarding attempted service, etc: