IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:25-cv-01613-TPO

ANGELA NICOLE LINZY,
Plaintiff

v.

CITY AND COUNTY OF DENVER, et al.,
Defendants.

---

### DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO REMOVE JAMES ARMSTRONG JR.

---

1. Defendants to not oppose Plaintiff's Motion to Remove James Armstrong Jr. ("Motion").

2. With respect to the factual representations in the Motion, the undersigned emailed Plaintiff on September 22, 2025, and informed her that the undersigned had reached out to Mr. Armstrong on September 8, 2025, hadn't heard back, and emailed Mr. Armstrong to follow up with him on September 22, 2025. Additionally, on October 1, 2025, the day Plaintiff filed the Motion, the undersigned emailed Plaintiff and informed her that Mr. Armstrong would waive formal service of his summons, and that the undersigned would sign a waiver of service form if Plaintiff provided one.

DATED this 22nd day of October, 2025.

        Respectfully submitted,

        */s/ Bryan Kaufman*
        Bryan Kaufman, Assistant City Attorney
        Denver City Attorney's Office
        Civil Litigation Section
        201 West Colfax Ave., Dept. 1108

Denver, CO 80202
Direct Line: (720) 913-3304
bryan.kaufman@denvergov.org
*Counsel for Defendants*

# CERTIFICATE OF SERVICE

I certify that I electronically filed the foregoing **DEFENDANTS' UNOPPOSED MOTION TO STRIKE PLAINTIFF'S RESPONSE TO DEFENDANTS' SECOND MOTION TO DISMISS** with the Clerk of the Court using the CM/ECF system on October 22, 2025, emailed a true and accurate copy of the same to Plaintiff on October 22, 2025, and will mail a true and accurate copy of the same via USPS to the following on October 23, 2025:

Angela Nicole Linzy
15017 East Stanford Dr.
Aurora, CO 80015
*Pro Se Plaintiff*

*/s/ Bryan Kaufman*_____
Denver City Attorney's Office