Case No. 1:25-cv-01613-TPO

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

25 NOV 14 PM 2: 29



IN THE UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF COLORADO

Civil Action No. 1:25-cv-01613-TPO

ANGELA LINZY

Plaintiff,

v.

CITY AND COUNTY OF DENVER, et al.,

Defendants:

---

## PLAINTIFF'S MOTION TO COMPEL INITIAL DISCLOSURES AND DISCOVERY RESPONSES, AND FOR SANCTIONS

*Plaintiff, Angela Linzy, appearing pro se, respectfully moves this Court pursuant to Federal Rules of Civil Procedure 26(a), 37(a), to compel Defendants to immediately produce complete initial disclosures and responses to discovery requests, and for appropriate sanctions.*

In support, Plaintiff states as follows:

Background Defendants' initial disclosures were originally due on October 31, 2024. Plaintiff agreed to a seven-day extension, making the revised deadline November 7, 2025.

As of today, November 14, 2025—seven days after the extended deadline—Plaintiff has still not received complete initial disclosures or responsive discovery materials. Plaintiff has repeatedly requested, in writing, that Defendants produce critical evidence including: Body-worn camera footage from Officers Heylie Montoya, Matthew Keeling, and Claire Isaacson for the May 31, 2024 incident; Internal Affairs investigation records and findings; Internal complaint records and

Case No. 1:25-cv-01613-TPO

correspondence; Internal emails and communications regarding the incident; All dispatch logs, witness statements, and photographs; A detailed privilege log complying with Rule 26(b)(5). Defendants have provided only partial materials, including some dispatch logs and photos, but have failed to produce body camera footage, investigation files, or a privilege log with sufficient detail. The privilege log provided by Defendants lists only numerical batch ranges (e.g., "DEFENDANTS001-013") without identifying the date, author, recipient, subject matter, or basis for withholding each document, rendering it useless for review or challenge. Plaintiff has made good faith efforts to confer with defense counsel, Brian Kaufman, via email, requesting clarification and production. Defendants have not meaningfully engaged or responded to these conferral efforts, leaving Plaintiff unable to advance her case. Legal Standard Rule 26(a)(1) requires parties to disclose, without awaiting a discovery request, documents and tangible things in their possession that may be used to support their claims or defenses. Rule 37(a) permits a party to move for an order compelling disclosure or discovery when an opposing party fails to respond or provides incomplete responses. The Court may impose sanctions under Rule 37 for failure to comply with discovery obligations. Argumenta. Defendants Have Failed to Provide Complete Initial Disclosures Defendants have not provided essential categories of evidence central to Plaintiff's civil rights claims. Body camera footage, internal investigation records, and complaint files are directly relevant to establishing the facts and conduct at issue. Defendants' partial and delayed production violates Rule 26 and the Court's Scheduling Order.

B. Defendants' Privilege Log Is Inadequate Rule 26(b)(5) requires a privilege log to describe withheld documents with sufficient detail—including date, author, recipient, subject, and the privilege claimed—so the requesting party and the Court can assess the claim. Defendants' batch numbering system does not comply. Plaintiff is entitled to a document-by-document log.

C. Defendants Have Not Engaged in Good Faith Conferral Despite Plaintiff's repeated written requests and efforts to confer, Defendants have been unresponsive and have not provided clarification or supplemental production. This conduct frustrates the discovery process and prejudices Plaintiff's ability to prepare her case.

D. Plaintiff Has Been Prejudiced Without complete disclosures and discovery, Plaintiff cannot effectively investigate claims, prepare for depositions, or meet upcoming deadlines. This delay undermines the integrity of the litigation and burdens Plaintiff as a pro se litigant. Relief Requested

WHEREFORE, Plaintiff respectfully requests that this Court: Order Defendants to immediately produce all outstanding initial disclosures and discovery responses, including but not limited to:

All body-worn camera footage;

All internal affairs investigation records;

2

Case No. 1:25-cv-01613-TPO

All internal emails and correspondence;

All complaint records;

A compliant, itemized privilege log.

Set a deadline of no more than 14 days for full compliance. Award Plaintiff sanctions under Rule 37, Extend any deadlines affected by Defendants' delays, to ensure Plaintiff has adequate time to review materials and prepare her case. Grant such other and further relief as the Court deems just and proper.

---

## EXHIBIT A

### OCTOBER 31, 2025 – NOVEMBER 1, 2025 EMAILS

*Plaintiffs Initial Disclosure and Defendants Request for and Agreed-upon Extension of Time to Turn in Initial Disclosure*

1. October 31, 2025 Plaintiff Angela Nicole Linzy's Initial Disclosure email
   - Initial Disclosure link included
2. November 1, 2025 Attorney Byran Kaufman request for an extension of time ( seven days) to November 7, 2025
   - Attorney Bryan Kaufman also states he will prioritize this case the week of the seventh
3. November 1, 2025 Plaintiff Angela Nicole Linzy aknowledges the receipt of Mr.Kaufmans request for an extention of time to the seventh of November.
   - With conditions.
4. Attorney Bryan Kaufman agrees and thanks Plaintiffs

Case No. 1:25-cv-01613-TPO

- To conditions also
5. Plaintiff Angela Nicole Linzy extends Courtesy

---

## EXHIBIT B

### NOVEMBER 6, 2025- NOVEMBER 7, 2025

#### Defendant Initial Disclosure and issues that followed

6. November 6, 2025 3:38 PM  Jessie Forman sent Initial Disclosure and Privilege log
   - States there will a link coming shortly
7. November 6, 2025  5:31 PM Plaintiff Angela Nicole Linzy states she did not get the link
8. November 7, 2025 8:08 AM Jessie Forman sent link
9. November 7, 2025 after trying several times to open the link Plaintiff Angela Nicole Linzy sent at 9:22 AM requesting Help with the link
10. November 7, 2025 at 9:45 AM Plaintiff Angela Nicole Linzy sent at second request for help
11. November 7, 2025 11:52 AM Jessie Foreman informs Plaintiff they will be sending a hard drive due to issues with link
12. November 7, 2025 12:37 PM Plaintiff Angela Nicole Linzy sends a follow up email reminding Counsel of the agreement.
13. November 7, 2025 1:05 PM Attorney Bryan Kaufman requests screenshots because thay had never had the issue with Box before.
14. November 7, 2025 1:40 Plaintiff Angela Nicole Linzy responds with screen four recordings.
15. November 7, 2025 1:49 PM Attorney Bryan Kaufman responds with a suggestion
16. November 7, 2025 Plaintiff Angela Nicole Linzy reply's with screen recordings showing that option doesn't work.
17. November 7, 2025 2:19 PM Plaintiff Angela Nicole Linzy replies after unsuccessful attempt
18. November 7, 2025 2:25PM Attorney Bryan Kaufman responds with another helpful tip.
19. November 7, 2025 2:49 PM Plaintiff Angela Nicole Linzy responds  to clarify
20. November 7, 2025 2:51 PM Plaintiff Angela Nicole Linzy responds with Screenshot clarification
21. November 7, 2025 2:52 PM Plaintiff Angela Nicole Linzy sent a email
22. November 7,2025 2:53 PM Attorney Bryan Kaufman  sent an email  with instructions
23. November 7, 2025 3:08 PM Attorney Bryan Kaufman sends a suggestion

Case No. 1:25-cv-01613-TPO

24. November 7, 2025 Plaintiff 3:27 PM Angela Nicole Linzy replies with screen recording showing what happens with link

25. November 7, 2025 3:38 PM Plaintiff Angela Nicole Linzy sends another screen recording showing the issue

26. November 7, 2025 3:40 PM Plaintiff Angela Nicole Linzy verifies access

27. November 7, 2025 3:46 PM Attorney Bryan Kaufman apologized for the trouble with the link

28. November 7, 2025 3:51PM Plaintiff Angela Nicole Linzy sent a screen recordings showing that I could not sign in

29. November 7, 2025 Plaintiff 3:53 PM Plaintiff still could not sign in to see contents of folder

## EXHIBIT C

*NOVEMBER 7TH CONTINUED TO NOVEMBER 9, 2025 EMAILS*

*"See Attached"*

## EXHIBIT D

*NOVEMBER 13, 2025 4:08AM JESSIE FORMAN NAVA &*

*PLAINTIFF ANGELA NICOLE LINZY 11:53 PM EMAILS*

*"See Attached"*

Case No. 1:25-cv-01613-TPO

CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2025, I served a copy of this Motion to Compel on all parties by email:

Brian M. Kaufman

Denver City Attorney's Office

201 W. Colfax Ave., Dept. 1108

Denver, CO 80202

Brian.kaufman@denvergov.org

1:25-cv-0613-TPO



EXHIBIT A

**Initial Disclosure and files**
6 messages

EXHIBIT A

**Angela** <mslinzy0@gmail.com>                                                Fri, Oct 31, 2025 at 9:55 PM
To: Kaufman, Bryan - CAO CL357 Assistant City Attorney Senior <Bryan.kaufman@denvergov.org>

Good evening Mr. Kaufman,
Please let me know if the link works for you.

Plaintiff expressly reserves the right to supplement, amend, or correct these disclosures in accordance with Rule 26(e) of the Federal Rules of Civil
Procedure (or Colorado Rule of Civil Procedure 26(e)), should additional information or documents become known, available, or requested. In the
event any relevant document, witness, or item has been inadvertently omitted, Plaintiff will promptly provide such information or materials to the
parties upon discovery or reasonable request. This reservation is made to fully preserve Plaintiff's rights and to ensure compliance with the continuing
duty to supplement disclosures as required by law.

https://drive.google.com/drive/folders/1LGZWb48gY_UDgZZdC4L9En86K9MB2EDG

Angela Nicole Linzy
Pro se Plaintiff
15017 E Stanford Dr. Aurora, Co. 80015
720.520.2259
mslinzy0@gmail.com

EXHIBIT A

**Kaufman, Bryan - CAO CL357 Assistant City Attorney Senior** <Bryan.Kaufman@denvergov.org>          Sat, Nov 1, 2025 at 2:14 PM
To: Angela <mslinzy0@gmail.com>

Hi Ms. Linzy,

I have been so caught up in other matters that I need more time to provide initial disclosures. Will you please allow me
until Friday, November 7 to provide my initial disclosures?

Thank you very much.

Bryan Kaufman | Senior Assistant City Attorney
Civil Litigation | City Attorney's Office
City and County of Denver
He/Him/His | P: (720) 913-3304 | C: (720) 935-1877 |    F: (720) 913-3155

311 | denvergov.org | Denver 8 TV | Facebook | Twitter | Instagram

*This email transmission and any documents, files or previous email messages attached to it may contain information that is confidential or
legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified
that you must not disclose, copy, print, or distribute or make any use of the information contained in or attached to this transmission. If you have
received this transmission is error, please immediately notify the sender by return email and delete the original transmission and its attachments
without saving it in any manner.*

**From:** Angela <mslinzy0@gmail.com>
**Sent:** Friday, October 31, 2025 9:55:59 PM
**To:** Kaufman, Bryan - CAO CL357 Assistant City Attorney Senior <Bryan.Kaufman@denvergov.org>
**Subject:** [EXTERNAL] Initial Disclosure and files

[Quoted text hidden]

EXHIBIT A

**Kaufman, Bryan - CAO CL357 Assistant City Attorney Senior** <Bryan.Kaufman@denvergov.org>          Sat, Nov 1, 2025 at 2:21 PM
To: Angela <mslinzy0@gmail.com>

Ms. Linzy,

1:25-cv-01613-TPO

In addition to requesting an additional week to provide my initial disclosures, I want to apologize for not reaching out to you sooner. This case slipped my mind. I will prioritize it starting next week.

[Quoted text hidden]

**Angela** <mslinzy0@gmail.com>
To: Kaufman, Bryan - CAO CL0357 Assistant City Attorney Senior <Bryan.Kaufman@denvergov.org>

Exhibit A

Sat, Nov 1, 2025 at 4:17 PM

Mr. Kaufman,

I acknowledge receipt of your request for an extension to November 7, 2025 to provide initial disclosures. While our proposed scheduling order specified October 31, 2025 as the deadline, and that deadline has passed, I will agree to the November 7th extension on the following conditions:

1. We will modify our proposed scheduling order before submission to the Court to reflect the actual dates disclosures were served (Plaintiff: October 31st, Defendants: November 7th)
2. This extension is without prejudice to my right to object to incomplete or deficient disclosures;
3. Any future modifications to deadlines in our proposed scheduling order must be submitted to the Court for approval. Please confirm your agreement to these conditions.
Respectfully,

Angela Nicole Linzy
Pro se Plaintiff
15017 E Stanford Dr. Aurora, Co. 80015
720.520.2259
mslinzy0@gmail.com
[Quoted text hidden]

🖼 image001.png
11 KB

Exhibit A

**Kaufman, Bryan - CAO CL0357 Assistant City Attorney Senior** <Bryan.Kaufman@denvergov.org>
To: Angela <mslinzy0@gmail.com>

Sat, Nov 1, 2025 at 4:20 PM

Thank you, Ms. Linzy. I agree to those conditions.



Bryan Kaufman | Senior Assistant City Attorney

Civil Litigation | City Attorney's Office

City and County of Denver
He/Him/His | P: (720) 913-3304 | C: (720) 935-1877 |    F: (720) 913-3155

311 | denvergov.org | Denver 8 TV | Facebook | Twitter | Instagram

*This email transmission and any documents, files or previous email messages attached to it may contain information that is confidential or legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that you must not disclose, copy, print, or distribute or make any use of the information contained in or attached to this transmission. If you have received this transmission is error, please immediately notify the sender by return email and delete the original transmission and its attachments without saving it in any manner.*

**From:** Angela <mslinzy0@gmail.com>
**Sent:** Saturday, November 1, 2025 4:17 PM
**To:** Kaufman, Bryan - CAO CL0357 Assistant City Attorney Senior <Bryan.Kaufman@denvergov.org>
**Subject:** Re: [EXTERNAL] Initial Disclosure and files

2

1:25-cv-01613-TPO

[Quoted text hidden]

EXHIBIT A

**Angela** <mslinzy0@gmail.com>
To: Kaufman, Bryan - CAO CL0357 Assistant City Attorney Senior <Bryan.Kaufman@denvergov.org>

Sat, Nov 1, 2025 at 7:06 PM

Your welcome Mr. Kaufman.

Angela Nicole Linzy
PRO SE LITIGATE
15017 E Stanford Dr. Aurora, Co. 80015
720.520.2259
mslinzy0@gmail.com
[Quoted text hidden]

image001.png
11 KB

1:25-CV-01613-TPO



EXHIBIT B NUMBERED 6-29
ON MOTION
EXIBIT

---

**Linzy, Angela v. CCD, et al. Defendants' Initial Disclosures**
20 messages

**Foreman Nava, Jessie - CAO CL2140 Paralegal I** <Jessie.Foreman@denvergov.org>
To: mslinzy0@gmail.com <mslinzy0@gmail.com>
Cc: Kaufman, Bryan - CAO CL0357 Assistant City Attorney Senior <Bryan.Kaufman@denvergov.org>

Thu, Nov 6, 2025 at 3:38 PM

B-6

Good Afternoon:
Please see attached Defendants' Initial Disclosures and Privilege Log for the above-referenced matter.

Very shortly, you should receive a link to a folder where you can download the referenced records.

Thank you,
Jessie Foreman Nava

**DENVER**
THE MILE HIGH CITY

Jessie Foreman Nava | Paralegal I
City Attorney's Office | City and County of Denver
Pronouns | She/Her
Main: (720) 913-3100 | Direct: (720) 913-3116
jessie.foreman@denvergov.org

311 | denvergov.org | Denver 8 TV | Facebook | Twitter | Instagram

PRIVILEGED/CONFIDENTIAL ATTORNEY-CLIENT COMMUNICATION; ATTORNEY WORK PRODUCT. This email transmission and any documents, files or previous email messages attached to it may contain information that is confidential or legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that you must not disclose, copy, print, or distribute or make any use of the information contained in or attached to this transmission. If you have received this transmission is error, please immediately notify the sender by return email and delete the original transmission and its attachments without saving it in any manner. Thank you.

---

**2 attachments**

📄 **2025.11.06 Defendants' Initial Disclosures.pdf**
229 KB

📄 **2025.11.06 Defendants' Initial Disclosures Privilege Log.pdf**
114 KB

EXHIBIT B

---

**Angela** <mslinzy0@gmail.com>
To: Foreman Nava, Jessie - CAO CL2140 Paralegal I <Jessie.Foreman@denvergov.org>
Cc: Kaufman, Bryan - CAO CL0357 Assistant City Attorney Senior <Bryan.Kaufman@denvergov.org>

Thu, Nov 6, 2025 at 5:31 PM

Thank you for this. I did not receive a link

**Angela Nicole Linzy**
Pro se Plaintiff
15017 E Stanford Dr. Aurora, Co. 80015
720.520.2259
mslinzy0@gmail.com
[Quoted text hidden]

📄 **Outlook-3tcbaxdr.png**
11 KB

EXHIBIT B

---

**Foreman Nava, Jessie - CAO CL2140 Paralegal I** <Jessie.Foreman@denvergov.org>
To: Angela <mslinzy0@gmail.com>
Cc: Kaufman, Bryan - CAO CL0357 Assistant City Attorney Senior <Bryan.Kaufman@denvergov.org>

Fri, Nov 7, 2025 at 8:08 AM

Please see the link below.

https://ccd.box.com/s/ow1jeg8fgwzi57jml30qt7qysyxiyx7y

Thank you,
Jessie Foreman Nava



**DENVER**
THE MILE HIGH CITY

Jessie Foreman Nava | Paralegal I
City Attorney's Office | City and County of Denver
Pronouns | She/Her
Main: (720) 913-3100 | Direct: (720) 913-3116
jessie.foreman@denvergov.org

311 | denvergov.org | Denver 8 TV | Facebook | Twitter | Instagram

PRIVILEGED/CONFIDENTIAL ATTORNEY-CLIENT COMMUNICATION; ATTORNEY WORK PRODUCT. This email transmission and any documents, files or previous email messages attached to it may contain information that is confidential or legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that you must not disclose, copy, print, or distribute or make any use of the information contained in or attached to this transmission. If you have received this transmission is error, please immediately notify the sender by return email and delete the original transmission and its attachments without saving it in any manner. Thank you.

---

**From:** Angela <mslinzy0@gmail.com>
**Sent:** Thursday, November 6, 2025 5:31 PM
**To:** Foreman Nava, Jessie - CAO CL2140 Paralegal I <Jessie.Foreman@denvergov.org>
**Cc:** Kaufman, Bryan - CAO CL0357 Assistant City Attorney Senior <Bryan.Kaufman@denvergov.org>
**Subject:** [EXTERNAL] Re: Linzy, Angela v. CCD, et al, Defendants' Initial Disclosures

[Quoted text hidden]

EHIBIT B-9

---

**Angela** <mslinzy0@gmail.com>
To: Foreman Nava, Jessie - CAO CL2140 Paralegal I <Jessie.Foreman@denvergov.org>
Cc: Kaufman, Bryan - CAO CL0357 Assistant City Attorney Senior <Bryan.Kaufman@denvergov.org>

Fri, Nov 7, 2025 at 9:22 AM

Please explain how this link works. It's asking me to pay for a Box account in order to see files.

4

1:25-cv-0lol3-TPO

Angela Nicole Linzy
PRO SE LITIGATE
15017 E Stanford Dr. Aurora, Co. 80015
720.520.2259
mslinzy0@gmail.com

*EXHIBIT B* NUMBERED 6-29
ON MOTION

*2 attachments*

Outlook-3tcbaxdr.png
11 KB

Outlook-n3s4tqjb.png
11 KB

*EXHIBIT B-10*

**Angela <mslinzy0@gmail.com>**                                                         Fri, Nov 7, 2025 at 9:45 AM
To: Foreman Nava, Jessie - CAO CL2140 Paralegal I <Jessie.Foreman@denvergov.org>
Cc: Kaufman, Bryan - CAO CL0357 Assistant City Attorney Senior <Bryan.Kaufman@denvergov.org>

Second request:

Dear Counsel, I attempted to access the Box.com link you provided for my court-ordered disclosures and evidence. However, I am being prompted to sign up for a paid "Business" plan and required to enter credit card information to proceed.I do not have, and should not be required to pay for, a Box account simply to access discovery documents in my federal case. Please provide a direct download link, free personal Box sharing method, or alternative means of delivery (such as email, standard file transfer, or a mailed USB drive).If this issue cannot be promptly resolved, I will notify the Court that I am unable to access my required discovery due to the paywall.Thank you for your attention.

Angela Nicole Linzy
Pro se Plaintiff
15017 E Stanford Dr. Aurora, Co. 80015
720.520.2259
mslinzy0@gmail.com
[Quoted text hidden]

*2 attachments*

Outlook-n3s4tqjb.png
11 KB

Outlook-3tcbaxdr.png
11 KB

*EXHIBIT B-11*

**Foreman Nava, Jessie - CAO CL2140 Paralegal I <Jessie.Foreman@denvergov.org>**           Fri, Nov 7, 2025 at 11:52 AM
To: Angela <mslinzy0@gmail.com>
Cc: Kaufman, Bryan - CAO CL0357 Assistant City Attorney Senior <Bryan.Kaufman@denvergov.org>, Lechman Jr., Stan A. - CAO CL2140 Paralegal I <Stan.LechmanJr@denvergov.org>

Good Afternoon:

Our office will be sending a flash drive with the documents via Fedex.

Thank you,
Jessie Foreman Nava

**DENVER**
THE MILE HIGH CITY

Jessie Foreman Nava | Paralegal I
City Attorney's Office | City and County of Denver
Pronouns | She/Her
Main: (720) 913-3100 | Direct: (720) 913-3116
jessie.foreman@denvergov.org

311 | denvergov.org | Denver 8 TV | Facebook | Twitter | Instagram

**PRIVILEGED/CONFIDENTIAL ATTORNEY-CLIENT COMMUNICATION; ATTORNEY WORK PRODUCT.** This email transmission and any documents, files or previous email messages attached to it may contain information that is confidential or legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that you must not disclose, copy, print, or distribute or make any use of the information contained in or attached to this transmission. If you have received this transmission is error, please immediately notify the sender by return email and delete the original transmission and its attachments without saving it in any manner. Thank you.

**From:** Angela <mslinzy0@gmail.com>
**Sent:** Friday, November 7, 2025 9:45 AM

**To:** Foreman Nava, Jessie - CAO CL2140 Paralegal I <Jessie.Foreman@denvergov.org>
**Cc:** Kaufman, Bryan - CAO CL0357 Assistant City Attorney Senior <Bryan.Kaufman@denvergov.org>
**Subject:** Re: [EXTERNAL] Re: Linzy, Angela v. CCD, et al. Defendants' Initial Disclosures

[Quoted text hidden]

*EXHIBIT B-12*

**Angela <mslinzy0@gmail.com>**                                                         Fri, Nov 7, 2025 at 12:37 PM
To: Foreman Nava, Jessie - CAO CL2140 Paralegal I <Jessie.Foreman@denvergov.org>
Cc: Kaufman, Bryan - CAO CL0357 Assistant City Attorney Senior <Bryan.Kaufman@denvergov.org>, Lechman Jr., Stan A. - CAO CL2140 Paralegal I <Stan.LechmanJr@denvergov.org>

Dear Ms. Foreman Nava and Mr. Kaufman,

This is a follow-up regarding the production of Defendants' Initial Disclosures and evidence in my case.As you are aware, after defendants missed the initial deadline, Mr. Kaufman and I agreed in writing to a new deadline of November 7 for production of all discovery materials. I appreciate your efforts to send a flash drive via FedEx. However, please understand that under both the Scheduling Order and the parties' agreement, discovery must actually be produced and made available to me on or before November 7. Merely mailing a flash drive on the due date does not fulfill the obligation, especially if it will arrive after the deadline.If there are logistical issues or further delays, please advise the Court and myself immediately. Otherwise, please confirm that all files and disclosures will be in my possession by the end of the 7th. I am prepared to notify the Court if I do not timely receive the required evidence.Thank you for your prompt attention to this important matter.Sincerely,
Angela Linzy
[Your contact information]

Angela Nicole Linzy
Pro se Plaintiff
15017 E Stanford Dr. Aurora, Co. 80015
720.520.2259
mslinzy0@gmail.com
[Quoted text hidden]

*3 attachments*

Outlook-3tcbaxdr.png
11 KB

Outlook-n3s4tqjb.png
11 KB

Outlook-femizpjf.png
11 KB

1:25-cv-01613-TPO

Kaufman, Bryan - CAO CL0357 Assistant City Attorney Senior <Bryan.Kaufman@denvergov.org>
To: Angela <mslinzy0@gmail.com>, Foreman Nava, Jessie - CAO CL2140 Paralegal I <Jessie.Foreman@denvergov.org>
Cc: Lechman Jr., Stan A. - CAO CL2140 Paralegal I <Stan.LechmanJr@denvergov.org>

Fri, Nov 7, 2025 at 1:05 PM

Ms. Linzy,

We're not sure what prompted Box to suggest that you need to pay to access any documents. We've used Box to produce documents many times, and I've never heard anyone mention that it costs money to access the produced documents. Can you please send us screenshots showing the prompts you're encountering? We think it's possible to troubleshoot the issue.

Thank you.

 **DENVER**
THE MILE HIGH CITY

Bryan Kaufman | Senior Assistant City Attorney

Civil Litigation | City Attorney's Office

City and County of Denver
He/Him/His |P: (720) 913-3304 | C: (720) 935-1877 |   F: (720) 913-3155

311 | denvergov.org | Denver 8 TV | Facebook | Twitter | Instagram

*This email transmission and any documents, files or previous email messages attached to it may contain information that is confidential or legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that you must not disclose, copy, print, or distribute or make any use of the information contained in or attached to this transmission. If you have received this transmission in error, please immediately notify the sender by return email and delete the original transmission and its attachments without saving it in any manner.*

**From:** Angela <mslinzy0@gmail.com>
**Sent:** Friday, November 7, 2025 12:38 PM
**To:** Foreman Nava, Jessie - CAO CL2140 Paralegal I <Jessie.Foreman@denvergov.org>
**Cc:** Kaufman, Bryan - CAO CL0357 Assistant City Attorney Senior <Bryan.Kaufman@denvergov.org>; Lechman Jr., Stan A. - CAO CL2140 Paralegal I <Stan.LechmanJr@denvergov.org>
**Subject:** Re: [EXTERNAL] Re: Linzy, Angela v. CCD, et al. Defendants' Initial Disclosures

[Quoted text hidden]

EXHIBIT B missing
Fem motion

Angela <mslinzy0@gmail.com>
Draft To: Foreman Nava, Jessie - CAO CL2140 Paralegal I <Jessie.Foreman@denvergov.org>,
Cc: Kaufman, Bryan - CAO CL0357 Assistant City Attorney Senior <Bryan.Kaufman@denvergov.org>,

Fri, Nov 7, 2025 at 1:32 PM

Dear Counsel,
Thank you for providing the "Defendants' Initial Disclosures" on November 6. However, I have questions regarding the listed "Bates number" documents and concerns about missing crucial evidence:Clarification of Bates Numbers: The disclosures identify evidence only by Bates numbers (for example, DEFENDANTS001-154, DEFENDANTS165-166, etc.) and broad categories. For each Bates range or numbered document, please provide a plain description of what each record actually is (for example, "incident report dated [date]," "list of responding officers," "property inventory from scene," "witness interview from [name]," etc.). I cannot meaningfully review or request specific files without knowing what they contain.Body-Worn Camera Evidence:
I have reason to believe (based on policy and my knowledge of on-scene events) that body-worn camera (BWC) footage from Denver officers exists concerning this incident. Please confirm whether any BWC footage was preserved or reviewed—if so, please produce those videos or state why they were not included in disclosures.Traffic Camera Archive Video:
There are also public traffic cameras and/or highway monitoring cameras in the area of the accident. Please confirm whether you have obtained or reviewed any traffic/city camera video of the incident and, if so, provide it as part of your disclosures.Timely Production:
Additionally, if you have not yet produced the actual files as referenced in your disclosures, please let me know when and how I will be able to access each record (via link, portal, or physical media).If there are items you consider privileged or confidential but that do relate directly to my incident, please describe their general nature so I may raise the matter with the Court if necessary.Thank you in advance for your prompt attention to these requests.Sincerely,
Angela Linzy

Angela Nicole Linzy
PRO SE LITIGATE
15017 E Stanford Dr. Aurora, Co. 80015
720.520.2259
mslinzy0@gmail.com

On Thu, Nov 6, 2025, 5:31 PM Angela <mslinzy0@gmail.com> wrote:
Thank you for this. I did not receive a link

Angela Nicole Linzy
Pro se Plaintiff
15017 E Stanford Dr. Aurora, Co. 80015
720.520.2259
mslinzy0@gmail.com

On Thu, Nov 6, 2025, 3:38 PM Foreman Nava, Jessie - CAO CL2140 Paralegal I <Jessie.Foreman@denvergov.org> wrote:
Good Afternoon:
Please see attached Defendants' Initial Disclosures and Privilege Log for the above-referenced matter.

Very shortly, you should receive a link to a folder where you can download the referenced records.

Thank you,
Jessie Foreman Nava

Jessie Foreman Nava | Paralegal I
City Attorney's Office | City and County of Denver
Pronouns | She/Her
Main: (720) 913-3100 | Direct: (720) 913-3116
jessie.foreman@denvergov.org

311 | denvergov.org | Denver 8 TV | Facebook | Twitter | Instagram

1:25-cv-01613-TPO

PRIVILEGED/CONFIDENTIAL ATTORNEY-CLIENT COMMUNICATION; ATTORNEY WORK PRODUCT. This email transmission and any documents, files or previous email messages attached to it may contain information that is confidential or legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that you must not disclose, copy, print, or distribute or make any use of the information contained in or attached to this transmission. If you have received this transmission in error, please immediately notify the sender by return email and delete the original transmission and its attachments without saving it in any manner. Thank you.

🖼 Outlook-3tcbaxdr.png
11 KB

**EXHIBIT - B-14**

---

**Angela** <mslinzy0@gmail.com>                                                                                    Fri, Nov 7, 2025 at 1:40 PM
To: Kaufman, Bryan - CAO CL0357 Assistant City Attorney Senior <Bryan.Kaufman@denvergov.org>
Cc: Foreman Nava, Jessie - CAO CL2140 Paralegal I <Jessie.Foreman@denvergov.org>, Lechman Jr., Stan A. - CAO CL2140 Paralegal I <Stan.LechmanJr@denvergov.org>

Ok well im not just anyone and that actually happened. See screen recordings attached below.

Angela Nicole Linzy
PRO SE LITIGATE
15017 E Stanford Dr. Aurora, Co. 80015
720.520.2259
mslinzy0@gmail.com
[Quoted text hidden]

**6 attachments**

🖼 image001.png
11 KB

🖼 image002.png
11 KB

🖼 Screenshot_20251107_132842_Chrome.jpg
331 KB

📹 Screen_Recording_20251107_133423_Chrome.mp4
11.1 MB

📹 Screen_Recording_20251107_133501_Chrome.mp4
5.8 MB

📹 Screen_Recording_20251107_133559_Chrome.mp4
8.7 MB

**EXHIBIT B-15**

---

**Kaufman, Bryan - CAO CL0357 Assistant City Attorney Senior** <Bryan.Kaufman@denvergov.org>          Fri, Nov 7, 2025 at 1:49 PM
To: Angela <mslinzy0@gmail.com>
Cc: Foreman Nava, Jessie - CAO CL2140 Paralegal I <Jessie.Foreman@denvergov.org>, Lechman Jr., Stan A. - CAO CL2140 Paralegal I <Stan.LechmanJr@denvergov.org>

Ms. Linzy,

Once you've opened the link, instead of "Sign up," have you tried clicking "Continue" under "Part of City and County of Denver?"

**DENVER**
THE MILE HIGH CITY

Bryan Kaufman | Senior Assistant City Attorney
Civil Litigation | City Attorney's Office
City and County of Denver
He/Him/His | P: (720) 913-3304 | C: (720) 935-1877 |    F: (720) 913-3155

311 | denvergov.org | Denver 8 TV | Facebook | Twitter | Instagram

*This email transmission and any documents, files or previous email messages attached to it may contain information that is confidential or legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that you must not disclose, copy, print, or distribute or make any use of the information contained in or attached to this transmission. If you have received this transmission in error, please immediately notify the sender by return email and delete the original transmission and its attachments without saving it in any manner.*

From: Angela <mslinzy0@gmail.com>
Sent: Friday, November 7, 2025 1:41 PM
To: Kaufman, Bryan - CAO CL0357 Assistant City Attorney Senior <Bryan.Kaufman@denvergov.org>
Cc: Foreman Nava, Jessie - CAO CL2140 Paralegal I <Jessie.Foreman@denvergov.org>; Lechman Jr., Stan A. - CAO CL2140 Paralegal I <Stan.LechmanJr@denvergov.org>
Subject: Re: [EXTERNAL] Re: Linzy, Angela v. CCD, et al. Defendants' Initial Disclosures

[Quoted text hidden]

**EXHIBIT MISSING FROM MOTION**

---

**Angela** <mslinzy0@gmail.com>                                                                                    Fri, Nov 7, 2025 at 1:53 PM
To: Kaufman, Bryan - CAO CL0357 Assistant City Attorney Senior <Bryan.Kaufman@denvergov.org>
Cc: Foreman Nava, Jessie - CAO CL2140 Paralegal I <Jessie.Foreman@denvergov.org>, Lechman Jr., Stan A. - CAO CL2140 Paralegal I <Stan.LechmanJr@denvergov.org>

No I did not I'll try that.

Angela Nicole Linzy
PRO SE LITIGATE
15017 E Stanford Dr. Aurora, Co. 80015
720.520.2259
mslinzy0@gmail.com
[Quoted text hidden]

**2 attachments**

7

1:25 - cv - 01613 - TPO

📄 **Image001.png**
11 KB

📄 **Screen_Recording_20251107_135201_Chrome.mp4**
790 KB

EXHIBIT B-M

**Angela** <mslinzy0@gmail.com>
To: Kaufman, Bryan - CAO CL0357 Assistant City Attorney Senior <Bryan.Kaufman@denvergov.org>
Cc: Foreman Nava, Jessie - CAO CL2140 Paralegal I <Jessie.Foreman@denvergov.org>, Lechman Jr., Stan A. - CAO CL2140 Paralegal I <Stan.LechmanJr@denvergov.org>

Fri, Nov 7, 2025 at 2:19 PM

That option does not work it asks for a Microsoft sign-in

Angela Nicole Linzy
PRO SE LITIGATE
15017 E Stanford Dr. Aurora, Co. 80015
720.520.2259
mslinzy0@gmail.com
[quoted text hidden]

_____

📄 **Image001.png**
11 KB

EXHIBIT B-18

**Kaufman, Bryan - CAO CL0357 Assistant City Attorney Senior** <Bryan.Kaufman@denvergov.org>
To: Angela <mslinzy0@gmail.com>
Cc: Foreman Nava, Jessie - CAO CL2140 Paralegal I <Jessie.Foreman@denvergov.org>, Lechman Jr., Stan A. - CAO CL2140 Paralegal I <Stan.LechmanJr@denvergov.org>

Also, I'm being told that an email with important link may be in your Gmail spam inbox. That email should have been sent around 3:39pm yesterday.

This is what it should look like:

[EXTERNAL] Jessie.Foreman@denvergov.org has invited you to work together in "2025.11.06 Defendants' Initial Disclosures" folder on Box

> **J**  Jessie.Foreman@denvergov.org (Jessie.Foreman@denvergov.org) <noreply@box.com>
> To    Kaufman, Bryan - CAO CL0357 Assistant City Attorney Senior
> ⓘ If there are problems with how this message is displayed, click here to view it in a web browser

**This Message Is From an External Sender**
This message came from outside your organization.

**box**

Jessie.Foreman@denvergov.org (Jessie.Foreman@denvergov.org) wants to work with you on 2025.11.06 Defenda

📁  2025.11.06 Defendants' Initial Disclosures

Go to Folder

Get **our app** to view this on mobile
© 2025 | 900 Jefferson Avenue, Redwood City, CA 94063, USA
About Box | Edit Notification Settings | Privacy Policy



**Bryan Kaufman | Senior Assistant City Attorney**

Civil Litigation | City Attorney's Office

City and County of Denver
He/Him/His | P: (720) 913-3304 | C: (720) 935-1877 |    F:
(720) 913-3155

311 | denvergov.org | Denver 8 TV | Facebook | Twitter | Instagram

8

1:25 - cv - 01613 - TPO

This email transmission and any documents, files or previous email messages attached to it may contain information that is confidential or legally privileged. If you are not the intended recipient, or a person responsible for deliver
print, or distribute or make any use of the information contained in or attached to this transmission. If you have received this transmission in error, please immediately notify the sender by return email and delete the original transm

**From:** Angela <mslinzy0@gmail.com>
**Sent:** Friday, November 7, 2025 1:53 PM
**To:** Kaufman, Bryan - CAO CL0357 Assistant City Attorney Senior <Bryan.Kaufman@denvergov.org>
**Cc:** Foreman Nava, Jessie - CAO CL2140 Paralegal I <Jessie.Foreman@denvergov.org>; Lechman Jr., Stan A. - CAO CL2140 Paralegal I <Stan.LechmanJr@denvergov.org>
**Subject:** Re: [EXTERNAL] Re: Linzy, Angela v. CCD, et al. Defendants' Initial Disclosures

15017 E Stanford Dr. Aurora, Co. 80015

[Quoted text hidden]

**EXHIBIT B-19**

Fri, Nov 7, 2025 at 2:49 PM

**Angela** <mslinzy0@gmail.com>
To: Kaufman, Bryan - CAO CL0357 Assistant City Attorney Senior <Bryan.Kaufman@denvergov.org>
Cc: Foreman Nava, Jessie - CAO CL2140 Paralegal I <Jessie.Foreman@denvergov.org>, Lechman Jr., Stan A. - CAO CL2140 Paralegal I <Stan.LechmanJr@denvergov.org>

I did not get that.

Angela Nicole Linzy
PRO SE LITIGATE
15017 E Stanford Dr. Aurora, Co. 80015
720.520.2259
mslinzy0@gmail.com
[Quoted text hidden]

---

**2 attachments**

📷 **image001.png**
   11 KB

📷 **image002.png**
   57 KB

**EXHIBIT B-20**

Fri, Nov 7, 2025 at 2:51 PM

**Angela** <mslinzy0@gmail.com>
To: Kaufman, Bryan - CAO CL0357 Assistant City Attorney Senior <Bryan.Kaufman@denvergov.org>
Cc: Foreman Nava, Jessie - CAO CL2140 Paralegal I <Jessie.Foreman@denvergov.org>, Lechman Jr., Stan A. - CAO CL2140 Paralegal I <Stan.LechmanJr@denvergov.org>

I got this

Angela Nicole Linzy
PRO SE LITIGATE
15017 E Stanford Dr. Aurora, Co. 80015
720.520.2259
mslinzy0@gmail.com
[Quoted text hidden]

---

**5 attachments**

📷 **image001.png**
   11 KB

📷 **image002.png**
   57 KB

📷 **Screenshot_20251107_144935_Gmail.jpg**
   431 KB

📷 **Screeshot_20251107_144949_Gmail.jpg**
   324 KB

📷 **Screenshot_20251107_145114_Gmail.jpg**
   560 KB

**EXHIBIT B-21**

Fri, Nov 7, 2025 at 2:52 PM

**Angela** <mslinzy0@gmail.com>
To: Kaufman, Bryan - CAO CL0357 Assistant City Attorney Senior <Bryan.Kaufman@denvergov.org>
Cc: Foreman Nava, Jessie - CAO CL2140 Paralegal I <Jessie.Foreman@denvergov.org>, Lechman Jr., Stan A. - CAO CL2140 Paralegal I <Stan.LechmanJr@denvergov.org>

And the link came today

Angela Nicole Linzy
PRO SE LITIGATE
15017 E Stanford Dr. Aurora, Co. 80015
720.520.2259
mslinzy0@gmail.com
[Quoted text hidden]

**EXHIBIT B-22**

Fri, Nov 7, 2025 at 2:53 PM

**Kaufman, Bryan - CAO CL0357 Assistant City Attorney Senior** <Bryan.Kaufman@denvergov.org>
To: Angela <mslinzy0@gmail.com>
Cc: Foreman Nava, Jessie - CAO CL2140 Paralegal I <Jessie.Foreman@denvergov.org>, Lechman Jr., Stan A. - CAO CL2140 Paralegal I <Stan.LechmanJr@denvergov.org>

Try that link you just received.

**From:** Angela <mslinzy0@gmail.com>
**Sent:** Friday, November 7, 2025 2:52 PM
**To:** Kaufman, Bryan - CAO CL0357 Assistant City Attorney Senior <Bryan.Kaufman@denvergov.org>
**Cc:** Foreman Nava, Jessie - CAO CL2140 Paralegal I <Jessie.Foreman@denvergov.org>; Lechman Jr., Stan A. - CAO CL2140 Paralegal I <Stan.LechmanJr@denvergov.org>
**Subject:** Re: [EXTERNAL] Re: Linzy, Angela v. CCD, et al. Defendants' Initial Disclosures

15017 E Stanford Dr. Aurora, Co. 80015

[Quoted text hidden]

**EXIBIT Missing**
**From Motion**

**Angela** <mslinzy0@gmail.com>
To: Kaufman, Bryan - CAO CL0357 Assistant City Attorney Senior <Bryan.Kaufman@denvergov.org>

Fri, Nov 7, 2025 at 3:00 PM

9

1:25 - cv - 01613 - TPO

Cc: Foreman Nava, Jessie - CAO CL2140 Paralegal I <Jessie.Foreman@denvergov.org>, Lechman Jr., Stan A. - CAO CL2140 Paralegal I <Stan.LechmanJr@denvergov.org>

I don't see a link.

**Angela Nicole Linzy**
PRO SE LITIGATE
15017 E Stanford Dr. Aurora, Co. 80015
720.520.2259
mslinzy0@gmail.com
[Quoted text hidden]

EXHIBIT missin

**Angela** <mslinzy0@gmail.com>                                                                Fri, Nov 7, 2025 at 3:01 P
To: Kaufman, Bryan - CAO CL0357 Assistant City Attorney Senior <Bryan.Kaufman@denvergov.org>
Cc: Foreman Nava, Jessie - CAO CL2140 Paralegal I <Jessie.Foreman@denvergov.org>, Lechman Jr., Stan A. - CAO CL2140 Paralegal I <Stan.LechmanJr@denvergov.org>

From MOTION

**Angela Nicole Linzy**
PRO SE LITIGATE
15017 E Stanford Dr. Aurora, Co. 80015
720.520.2259
mslinzy0@gmail.com
[Quoted text hidden]

🖼 **Screenshot_20251107_150025_Gmail.jpg**
489 KB

*10*

1:25-cv-01613-TPO

# box

Jessie.Foreman@denvergov.org (Jessie.Foreman@denvergov.org) **wants to work with you on 2025.11.06 Defendants' Initial Disclosures**

     2025.11.06 Defendants' Initial Disclosures

Go to Folder

Get our app to view this on mobile

© 2025 | 900 Jefferson Avenue, Redwood City, CA 94063, USA

About Box | Edit Notification Settings | Privacy Policy

To unsubscribe from these emails please click the following link:

---

**Angela** <mslinzy0@gmail.com>                                             Fri, Nov 7, 2025 at 3:37 PM
To: Kaufman, Bryan - CAO CL0357 Assistant City Attorney Senior <Bryan.Kaufman@denvergov.org>
Cc: Foreman Nava, Jessie - CAO CL2140 Paralegal I <Jessie.Foreman@denvergov.org>, Lechman Jr., Stan A. - CAO CL2140 Paralegal I
<Stan.LechmanJr@denvergov.org>

No

Angela Nicole Linzy
PRO SE LITIGATE

1:25-CV-01613-TPO



---

**FW: [EXTERNAL] Jessie.Foreman@denvergov.org has invited you to work together in "2025.11.06 Defendants' Initial Disclosures" folder on Box**

8 messages

EXHIBIT B-23

**Kaufman, Bryan - CAO CL0357 Assistant City Attorney Senior** <Bryan.Kaufman@denvergov.org>    Fri, Nov 7, 2025 at 3:08 PM
To: mslinzy0@gmail.com <mslinzy0@gmail.com>
Cc: Foreman Nava, Jessie - CAO CL2140 Paralegal I <Jessie.Foreman@denvergov.org>, Lechman Jr., Stan A. - CAO CL2140 Paralegal I <Stan.LechmanJr@denvergov.org>

Does clicking on the folder or "2025.11.06 Defendants' Initial Disclosures" in the email below allow you to access the documents?



Bryan Kaufman | Senior Assistant City Attorney

Civil Litigation | City Attorney's Office

City and County of Denver
He/Him/His | P: (720) 913-3304 | C: (720) 935-1877 |    F: (720) 913-3155

311 | denvergov.org | Denver 8 TV | Facebook | Twitter | Instagram

*This email transmission and any documents, files or previous email messages attached to it may contain information that is confidential or legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that you must not disclose, copy, print, or distribute or make any use of the information contained in or attached to this transmission. If you have received this transmission is error, please immediately notify the sender by return email and delete the original transmission and its attachments without saving it in any manner.*

**From:** Jessie.Foreman@denvergov.org (Jessie.Foreman@denvergov.org) <noreply@box.com>
**Sent:** Thursday, November 6, 2025 3:39 PM
**To:** Kaufman, Bryan - CAO CL0357 Assistant City Attorney Senior <Bryan.Kaufman@denvergov.org>
**Subject:** [EXTERNAL] Jessie.Foreman@denvergov.org has invited you to work together in "2025.11.06 Defendants' Initial Disclosures" folder on Box

12

1:25-cv-01613-TPO
15017 E Stanford Dr. Aurora, Co. 80015
720.520.2259
mslinzy0@gmail.com
[Quoted text hidden]

**2 attachments**

image001.png
11 KB

Screen_Recording_20251107_153626_Chrome.mp4
1.6 MB

EXHIBIT B-25

**Angela** <mslinzy0@gmail.com>                                                                   Fri, Nov 7, 2025 at 3:38 PM
To: Kaufman, Bryan - CAO CL0357 Assistant City Attorney Senior <Bryan.Kaufman@denvergov.org>
Cc: Foreman Nava, Jessie - CAO CL2140 Paralegal I <Jessie.Foreman@denvergov.org>, Lechman Jr., Stan A. - CAO CL2140 Paralegal I
<Stan.LechmanJr@denvergov.org>

Angela Nicole Linzy
PRO SE LITIGATE
15017 E Stanford Dr. Aurora, Co. 80015
720.520.2259
mslinzy0@gmail.com

[Quoted text hidden]

Screen_Recording_20251107_153819_Chrome.mp4
1.7 MB

EXHIBIT B-26

**Angela** <mslinzy0@gmail.com>                                                                   Fri, Nov 7, 2025 at 3:40 PM
To: Kaufman, Bryan - CAO CL0357 Assistant City Attorney Senior <Bryan.Kaufman@denvergov.org>
Cc: Foreman Nava, Jessie - CAO CL2140 Paralegal I <Jessie.Foreman@denvergov.org>, Lechman Jr., Stan A. - CAO CL2140 Paralegal I
<Stan.LechmanJr@denvergov.org>

Ok got it i signed in with Google

Angela Nicole Linzy
PRO SE LITIGATE
15017 E Stanford Dr. Aurora, Co. 80015
720.520.2259
mslinzy0@gmail.com
[Quoted text hidden]

EXHIBIT B-27

**Kaufman, Bryan - CAO CL0357 Assistant City Attorney Senior** <Bryan.Kaufman@denvergov.org>      Fri, Nov 7, 2025 at 3:46 PM
To: Angela <mslinzy0@gmail.com>
Cc: Foreman Nava, Jessie - CAO CL2140 Paralegal I <Jessie.Foreman@denvergov.org>, Lechman Jr., Stan A. - CAO CL2140 Paralegal I
<Stan.LechmanJr@denvergov.org>

Sorry about all that trouble. I'm glad you are able to access the documents.

Bryan Kaufman | Senior Assistant City Attorney
Civil Litigation | City Attorney's Office
City and County of Denver
He/Him/His | P: (720) 913-3304 | C: (720) 935-1877 |      F: (720) 913-3155

311 | denvergov.org | Denver 8 TV | Facebook | Twitter | Instagram

*This email transmission and any documents, files or previous email messages attached to it may contain information that is confidential or
legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified
that you must not disclose, copy, print, or distribute or make any use of the information contained in or attached to this transmission. If you have
received this transmission is error, please immediately notify the sender by return email and delete the original transmission and its attachments
without saving it in any manner.*

**From:** Angela <mslinzy0@gmail.com>
**Sent:** Friday, November 7, 2025 3:40:46 PM

1:25-cv-01613-TPO

**To:** Kaufman, Bryan - CAO CL0357 Assistant City Attorney Senior <Bryan.Kaufman@denvergov.org>
**Cc:** Foreman Nava, Jessie - CAO CL2140 Paralegal I <Jessie.Foreman@denvergov.org>; Lechman Jr., Stan A. - CAO CL2140 Paralegal I <Stan.LechmanJr@denvergov.org>
**Subject:** Re: FW: [EXTERNAL] Jessie.Foreman@denvergov.org has invited you to work together in "2025.11.06 Defendants' Initial Disclosures" folder on Box

[Quoted text hidden]

*Exhib. missing femom motion*

---

**Angela** <mslinzy0@gmail.com>                                    Fri, Nov 7, 2025 at 3:49 PM
To: Kaufman, Bryan - CAO CL0357 Assistant City Attorney Senior <Bryan.Kaufman@denvergov.org>
Cc: Foreman Nava, Jessie - CAO CL2140 Paralegal I <Jessie.Foreman@denvergov.org>, Lechman Jr., Stan A. - CAO CL2140 Paralegal I <Stan.LechmanJr@denvergov.org>

Well wait!

Angela Nicole Linzy
PRO SE LITIGATE
15017 E Stanford Dr. Aurora, Co. 80015
720.520.2259
mslinzy0@gmail.com
[Quoted text hidden]

*Exhibit B-28*

---

**Angela** <mslinzy0@gmail.com>                                    Fri, Nov 7, 2025 at 3:51 PM
To: Kaufman, Bryan - CAO CL0357 Assistant City Attorney Senior <Bryan.Kaufman@denvergov.org>
Cc: Foreman Nava, Jessie - CAO CL2140 Paralegal I <Jessie.Foreman@denvergov.org>, Lechman Jr., Stan A. - CAO CL2140 Paralegal I <Stan.LechmanJr@denvergov.org>

Angela Nicole Linzy
PRO SE LITIGATE
15017 E Stanford Dr. Aurora, Co. 80015
720.520.2259
mslinzy0@gmail.com

[Quoted text hidden]

📎 **Screen_Recording_20251107_155031_Chrome.mp4**
2 MB

*Exhibit B-29*

---

**Angela** <mslinzy0@gmail.com>                                    Fri, Nov 7, 2025 at 3:53 PM
To: Kaufman, Bryan - CAO CL0357 Assistant City Attorney Senior <Bryan.Kaufman@denvergov.org>
Cc: Foreman Nava, Jessie - CAO CL2140 Paralegal I <Jessie.Foreman@denvergov.org>, Lechman Jr., Stan A. - CAO CL2140 Paralegal I <Stan.LechmanJr@denvergov.org>

Angela Nicole Linzy
PRO SE LITIGATE
15017 E Stanford Dr. Aurora, Co. 80015
720.520.2259
mslinzy0@gmail.com

[Quoted text hidden]

📎 **Screen_Recording_20251107_155243_Chrome.mp4**
7.5 MB

14

1:25-cv-01613-TPO



EXHIBIT C

## RE: [EXTERNAL]
14 messages

**Kaufman, Bryan - CAO CL0357 Assistant City Attorney Senior** <Bryan.Kaufman@denvergov.org>                    Fri, Nov 7, 2025 at 4:21 PM
To: Angela <mslinzy0@gmail.com>

From the screenshots, it looks like you're accessing files you received in February of this year (possibly from the Denver Police Department).

Scroll down to see if you find a folder named "2025.11.06 Defendants' Initial Disclosures."



Bryan Kaufman | Senior Assistant City Attorney

Civil Litigation | City Attorney's Office

City and County of Denver
He/Him/His | P: (720) 913-3304 | C: (720) 935-1877 |    F: (720) 913-3155

311 | denvergov.org | Denver 8 TV | Facebook | Twitter | Instagram

*This email transmission and any documents, files or previous email messages attached to it may contain information that is confidential or legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that you must not disclose, copy, print, or distribute or make any use of the information contained in or attached to this transmission. If you have received this transmission is error, please immediately notify the sender by return email and delete the original transmission and its attachments without saving it in any manner.*

**From:** Angela <mslinzy0@gmail.com>
**Sent:** Friday, November 7, 2025 4:17 PM
**To:** Kaufman, Bryan - CAO CL0357 Assistant City Attorney Senior <Bryan.Kaufman@denvergov.org>
**Subject:** [EXTERNAL]

15017 E Stanford Dr. Aurora, Co. 80015

This is all thats available I downloaded the app

Angela Nicole Linzy
PRO SE LITIGATE
15017 E Stanford Dr. Aurora, Co. 80015
720.520.2259
mslinzy0@gmail.com

**Kaufman, Bryan - CAO CL0357 Assistant City Attorney Senior** <Bryan.Kaufman@denvergov.org>                    Fri, Nov 7, 2025 at 4:29 PM
To: Angela <mslinzy0@gmail.com>
Cc: Foreman Nava, Jessie - CAO CL2140 Paralegal I <Jessie.Foreman@denvergov.org>

15

1:25-cv-01613-TPO



**DENVER**
THE MILE HIGH CITY

Exhibit C

Bryan Kaufman | Senior Assistant City Attorney

Civil Litigation | City Attorney's Office

City and County of Denver
He/Him/His | P: (720) 913-3304 | C: (720) 935-1877 |    F: (720) 913-3155

311 | denvergov.org | Denver 8 TV | Facebook | Twitter | Instagram

*This email transmission and any documents, files or previous email messages attached to it may contain information that is confidential or legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that you must not disclose, copy, print, or distribute or make any use of the information contained in or attached to this transmission. If you have received this transmission is error, please immediately notify the sender by return email and delete the original transmission and its attachments without saving it in any manner.*

**From:** Angela <mslinzy0@gmail.com>

**Sent:** Friday, November 7, 2025 4:33 PM
**To:** Kaufman, Bryan - CAO CL0357 Assistant City Attorney Senior <Bryan.Kaufman@denvergov.org>
**Subject:** Re: [EXTERNAL]

[Quoted text hidden]

**15 attachments**

**DEFENDANTS 155 – Traffic_Accident.HEIC**
2.1 MB

**DEFENDANTS 156 – Traffic_Accident-2.HEIC**
2.3 MB

**DEFENDANTS 157 – Traffic_Accident-3.HEIC**
2.4 MB

**2025.11.06 Defendants' Initial Disclosures Privilege Log.pdf**
114 KB

**2025.11.06 Defendants' Initial Disclosures.pdf**
229 KB

**DEFENDANTS 001-153 – REDACTED – PRIVACY AND INVESTIGATIVE PRIVILEGE.pdf**
12 MB

**DEFENDANTS 154 – REDACTED – PRIVACY.pdf**
545 KB

**DEFENDANTS 158 – 24-288763 911-4.WAV**
105 KB

**DEFENDANTS 159 – 24-288763 911-3.WAV**
124 KB

**DEFENDANTS 160 – 24-288763 911-2.WAV**
277 KB

**DEFENDANTS 161 – 24-288763 911-1.WAV**
321 KB

**DEFENDANTS 162 – Dispatch 24-288763.wav**
660 KB

16

1:25- CV-01613-TPO

Also, do you have a laptop you could try this with?

ExhiBit C

[Quoted text hidden]

---

**Angela** <mslinzy0@gmail.com>                                      Fri, Nov 7, 2025 at 4:33 PM
To: Kaufman, Bryan - CAO CL0357 Assistant City Attorney Senior <Bryan.Kaufman@denvergov.org>

Mr.Kaufman those are files that i sent to you all that I had in my possession I never received anything from the police everything in my possession came from my former attorneys. Reagardless Mr. Kaufman,Today is the agreed upon  disclosure deadline. I have checked the Box link provided and it contains only files that I myself uploaded or sent you earlier. I have not received a single document, video, or record produced by the Defendants.Please do not deflect by pointing to files I provided to you. The obligation is for Defendants to produce to me ALL documents, recordings, and evidence as listed in your Initial Disclosures and as required by Rule 26.If actual production of these items is not made available to me today (not just mailed, but actually delivered and accessible), I will notify the Court and seek whatever relief is appropriate, including sanctions for gamesmanship.Please confirm delivery will be made by close of business And since you can not comfirm that please have these files to me by 11:59 p.m. If you need my address for FedEx, reconfirm it now and expedite shipping at your expense, or provide immediate alternative access.Thank you for your prompt attention.Sincerely,

Angela Nicole Linzy
PRO SE LITIGATE
15017 E Stanford Dr. Aurora, Co. 80015
720.520.2259
mslinzy0@gmail.com
[Quoted text hidden]

 **image001.png**
11 KB

---

**Kaufman, Bryan - CAO CL0357 Assistant City Attorney Senior** <Bryan.Kaufman@denvergov.org>                                      Fri, Nov 7, 2025 at 5:41 PM
To: Angela <mslinzy0@gmail.com>
Cc: Foreman Nava, Jessie - CAO CL2140 Paralegal I <Jessie.Foreman@denvergov.org>, Lechman Jr., Stan A. - CAO CL2140 Paralegal I <Stan.LechmanJr@denvergov.org>

Ms. Linzy,

Please feel free to file whatever you feel is necessary.

The local rules require you to meet and confer with me regarding Defendants' position on your motion. This is our position:

Defendants provided Plaintiff with access to Defendants' initial disclosures, document production, and privilege log both yesterday (November 6, 2025) and today (November 7, 2025) via Box. Plaintiff is the first person to notify Defendants' counsel of problems accessing files in Box. Despite this, counsel for Defendants has worked diligently to try to help Plaintiff access them today and sent a USB drive to Plaintiff today to Plaintiff today containing copies of Defendants' initial disclosures, document production, and privilege log. Defendants have met their information exchange and production obligations, adamantly deny Plaintiff's baseless allegations of gamesmanship, oppose Plaintiff's motion, and will respond accordingly. Finally, Plaintiff cannot establish any prejudice due to her temporary inability to access Defendants' initial disclosures, document production, and privilege log whatsoever.

Please also attach the numerous emails we've exchanged today exhibiting Defendants' diligent efforts to assist Plaintiff to access the documents.

Thank you.

P.S. Five files are larger than 49 megabytes, which may be too large to send via email. Nevertheless, I am attempting to attach 15 files to this email. Please confirm that you have received them.

17

1:25-cv-01613-TPO

🔊 **DEFENDANTS 163 - Dispatch 24-288789.wav**
   780 KB

🔊 **DEFENDANTS 164 - Dispatch 24-288806.wav**
   697 KB

EXHIBIT C

🔊 **DEFENDANTS 170 - Angela_phone_call.m4a**
   4.6 MB

---

**Kaufman, Bryan - CAO CL0357 Assistant City Attorney Senior** <Bryan.Kaufman@denvergov.org>
To: Angela <mslinzy0@gmail.com>                                                     Fri, Nov 7, 2025 at 5:52 PM
Cc: Foreman Nava, Jessie - CAO CL2140 Paralegal I <Jessie.Foreman@denvergov.org>, Lechman Jr., Stan A. - CAO CL2140 Paralegal I
<Stan.LechmanJr@denvergov.org>

Ms. Linzy,

I only received bounce back emails for three emails, which I believe had DEFENDANTS 166, 167, AND 168 attached. Have you received the initial
disclosure document, the privilege log, and DEFENDANTS 001-165, 169, and 170?

[Quoted text hidden]

---

**Kaufman, Bryan - CAO CL0357 Assistant City Attorney Senior** <Bryan.Kaufman@denvergov.org>
To: Angela <mslinzy0@gmail.com>                                                     Fri, Nov 7, 2025 at 6:04 PM
Cc: Foreman Nava, Jessie - CAO CL2140 Paralegal I <Jessie.Foreman@denvergov.org>, Lechman Jr., Stan A. - CAO CL2140 Paralegal I
<Stan.LechmanJr@denvergov.org>

I received a couple more bounce back emails. Please let me know which documents you received by email.

[Quoted text hidden]

---

**Angela** <mslinzy0@gmail.com>
To: Kaufman, Bryan - CAO CL0357 Assistant City Attorney Senior <Bryan.Kaufman@denvergov.org>     Fri, Nov 7, 2025 at 7:03 PM
Cc: Foreman Nava, Jessie - CAO CL2140 Paralegal I <Jessie.Foreman@denvergov.org>, Lechman Jr., Stan A. - CAO CL2140 Paralegal I
<Stan.LechmanJr@denvergov.org>

Mr. Kaufman we set up a call with you or Jessie for tomorrow.?

Angela Nicole Linzy
PRO SE LITIGATE
15017 E Stanford Dr. Aurora, Co. 80015
720.520.2259
mslinzy0@gmail.com
[Quoted text hidden]

🖼 **image001.png**
   11 KB

---

**Angela** <mslinzy0@gmail.com>
To: Kaufman, Bryan - CAO CL0357 Assistant City Attorney Senior <Bryan.Kaufman@denvergov.org>     Fri, Nov 7, 2025 at 8:38 PM
Cc: Foreman Nava, Jessie - CAO CL2140 Paralegal I <Jessie.Foreman@denvergov.org>, Lechman Jr., Stan A. - CAO CL2140 Paralegal I
<Stan.LechmanJr@denvergov.org>

I received DEFENDANTS: 155,156,157,159,160,161,162,163,164
ALSO 001-1and privileged log and Disclosures list
What i did not receive:
Body cam footage of Heylie Montoya, Matthew Keeling, Claire Isaacson's full body cam footage form May 31, 2024
Internal affairs Ivestigation
Complaint records
Internal emails related to the May 31, 2024 incidents
Correspondence from me that initiated the closure of 2025-0104 Internal affairs investigation
Angela Nicole Linzy
PRO SE LITIGATE
15017 E Stanford Dr. Aurora, Co. 80015
720.520.2259
mslinzy0@gmail.com
[Quoted text hidden]

18

1:25-CV-01613-TPO

🖼 image001.png
11 KB

Exhibit C

---

**Angela** <mslinzy0@gmail.com>                                                                 Sat, Nov 8, 2025 at 5:44 PM
To: Kaufman, Bryan - CAO CL0357 Assistant City Attorney Senior <Bryan.Kaufman@denvergov.org>
Cc: Foreman Nava, Jessie - CAO CL2140 Paralegal I <Jessie.Foreman@denvergov.org>, Lechman Jr., Stan A. - CAO CL2140 Paralegal I
<Stan.LechmanJr@denvergov.org>

Mr. Kaufman,

This is to confirm that, despite your recent correspondence, as of today I have still not received core categories of required discovery including: Any
body-worn camera footage from Heylie Montoya, Matthew Keeling, or Claire Isaacson for May 31, 2024 Internal Affairs investigation records for the
May 31, 2024 incidents. Complaint records generated about these events Internal City/DPD emails related to the incident. Correspondence from me or
the City closing Internal Affairs case 2025-0104. While I have received a handful of dispatch logs, some photos, and the privilege log, the log's batch
labeling (e.g. "DEFENDANTS 001-013") does not enable meaningful review or objection as required by Rule 26 there is no identification of document
authors, dates, or subject matter for withheld items. Your current delivery does not fulfill your discovery obligations and is prejudicing my ability to
prepare my case. Please supplement your production and provide a detailed, itemized privilege log for every withheld item so I can properly assess
and challenge any claims of privilege. If I do not receive these materials or a satisfactory response within three days, I will ask the court for an order
compelling immediate compliance, a proper log, and for sanctions or other relief.
Sincerely,


Angela Nicole Linzy
PRO SE LITIGATE
15017 E Stanford Dr. Aurora, Co. 80015
720.520.2259
mslinzy0@gmail.com
[Quoted text hidden]

---

**Kaufman, Bryan - CAO CL0357 Assistant City Attorney Senior** <Bryan.Kaufman@denvergov.org>          Sun, Nov 9, 2025 at 5:25 PM
To: Angela <mslinzy0@gmail.com>
Cc: Foreman Nava, Jessie - CAO CL2140 Paralegal I <Jessie.Foreman@denvergov.org>, Lechman Jr., Stan A. - CAO CL2140 Paralegal I
<Stan.LechmanJr@denvergov.org>

Ms. Linzy,


On Friday, FedEx said you should receive the flash drive yesterday (November 8, 2025) by noon. I don't know why you did not acknowledge receipt of
the flash drive in the email you sent yesterday afternoon, but can you please do so?


You are conflating initial disclosures and discovery. For initial disclosures, as is standard practice and in compliance with Rule 26(a)(1), I only provided
documents and information I may use to support Defendants' defenses in the unlikely event the case makes it to trial.


If you wish to seek the documents you listed through discovery procedures, you need to properly serve discovery requests upon me. As for your
prejudice argument, because the case is in its early stages, i.e., nowhere near the proposed trial date. Also, you haven't even properly served me with
discovery requests, so seeking to compel documents you haven't sought in discovery is premature.


As for the privilege log, only small bits of information were redacted, none of which obscure the nature of any Bates numbered documents. The non-
redacted portions of the redacted documents make clear what they are.


Finally, I take issue with your recent accusations and threats. They are unnecessary, inflammatory, and lack factual or legal support. I am requesting
that you treat me with respect and professionalism, and make good faith efforts to meet and confer in accordance with Magistrate Judge O'Hara's
practice standards.

[Quoted text hidden]

---

**Angela** <mslinzy0@gmail.com>                                                                 Sun, Nov 9, 2025 at 6:30 PM
To: Kaufman, Bryan - CAO CL0357 Assistant City Attorney Senior <Bryan.Kaufman@denvergov.org>
Cc: Foreman Nava, Jessie - CAO CL2140 Paralegal I <Jessie.Foreman@denvergov.org>, Lechman Jr., Stan A. - CAO CL2140 Paralegal I
<Stan.LechmanJr@denvergov.org>

Mr. Kaufman,Contrary to your message, I have not received any flash drive by FedEx as of today. No package has been delivered to my address,

19

1:25-cv-01613-TPO

Angela Nicole Linzy
PRO SE LITIGATE
15017 E Stanford Dr. Aurora, Co. 80015
720.520.2259
mslinzy0@gmail.com
[Quoted text hidden]

**EXHIBIT C**

🖼 **image001.png**
.11 KB

---

**Kaufman, Bryan - CAO CL0357 Assistant City Attorney Senior** <Bryan.Kaufman@denvergov.org>          Sun, Nov 9, 2025 at 6:33 PM
To: Angela <mslinzy0@gmail.com>
Cc: Foreman Nava, Jessie - CAO CL2140 Paralegal I <Jessie.Foreman@denvergov.org>, Lechman Jr., Stan A. - CAO CL2140 Paralegal I
<Stan.LechmanJr@denvergov.org>

Ms. Linzy,

Thank you for letting me know. The employee I handed the package to may have been mistaken. Hopefully you'll receive it by noon tomorrow.



Bryan Kaufman | Senior Assistant City Attorney

Civil Litigation | City Attorney's Office

City and County of Denver
He/Him/His | P: (720) 913-3304 | C: (720) 935-1877 |     F:
(720) 913-3155

311 | denvergov.org | Denver 8 TV | Facebook | Twitter | Instagram

*This email transmission and any documents, files or previous email messages attached to it may contain information that is confidential or legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that you must not disclose, copy, print, or distribute or make any use of the information contained in or attached to this transmission. If you have received this transmission is error, please immediately notify the sender by return email and delete the original transmission and its attachments without saving it in any manner.*

**From:** Angela <mslinzy0@gmail.com>
**Sent:** Sunday, November 9, 2025 6:31 PM
**To:** Kaufman, Bryan - CAO CL0357 Assistant City Attorney Senior <Bryan.Kaufman@denvergov.org>
**Cc:** Foreman Nava, Jessie - CAO CL2140 Paralegal I <Jessie.Foreman@denvergov.org>; Lechman Jr., Stan A. - CAO CL2140 Paralegal
I <Stan.LechmanJr@denvergov.org>
**Subject:** Re: [EXTERNAL]

15017 E Stanford Dr. Aurora, Co. 80015

[Quoted text hidden]

---

**Angela** <mslinzy0@gmail.com>                                                                      Sun, Nov 9, 2025 at 6:36 PM
To: Kaufman, Bryan - CAO CL0357 Assistant City Attorney Senior <Bryan.Kaufman@denvergov.org>
Cc: Foreman Nava, Jessie - CAO CL2140 Paralegal I <Jessie.Foreman@denvergov.org>, Lechman Jr., Stan A. - CAO CL2140 Paralegal I
<Stan.LechmanJr@denvergov.org>

20

1:25-cv-01613-TPO

EXHIBIT C

Acknowledgment of Flash DriveMr. Kaufman,I acknowledge that a flash drive was delivered by FedEx after the deadline. However, the contents of that drive (as well as the prior Box link and your email attachments) still do not provide the full range of essential evidence and disclosures required under Rule 26(a)(1) and the scheduling order.Your position conflates "initial disclosures" with what was actually produced. Several critical categories—such as body-worn camera footage from Officers Montoya, Keeling, and Isaacson, internal affairs investigations, internal complaint records and communications, and City correspondence closing my internal affairs complaint—are still missing or not identified in any privilege log with sufficient specificity for review or challenge. This problem is compounded by labeling documents only in broad Bates number ranges and withholding meaningful details.You were aware from the beginning that these are at the heart of my claims; nothing in the federal rules or the scheduling order limits your obligations to cherry-picked, defense-friendly documents alone. If you contend these materials are withheld, destroyed, or do not exist, I request a sworn certification stating so for the record.Regarding your comments on discovery, I will be serving formal document requests immediately to leave no further excuse. However, your continuing delays and vague privilege practices have already prejudiced my ability to prepare my case and meet deadlines: Simply "sending something" while omitting what matters does not fulfill your obligations. The court and the record will reflect this.Please confirm by end of next week that you will either:Produce complete and itemized privilege logs for every withheld or redacted document,Deliver all outstanding initial disclosures and discovery listed above, orCertify that no such records exist or can be produced, with an explanation.If not, I will file the appropriate motion and seek all available remedies.

Sincerely,

Angela Nicole Linzy
Pro se Plaintiff
Angela Linzy

15017 E Stanford Dr. Aurora, Co. 80015
720.520.2259
mslinzy0@gmail.com
[Quoted text hidden]

📄 **image001.png**
11 KB

---

**Angela** <mslinzy0@gmail.com>                                                        Sun, Nov 9, 2025 at 6:40 PM
To: Kaufman, Bryan - CAO CL0357 Assistant City Attorney Senior <Bryan.Kaufman@denvergov.org>
Cc: Foreman Nava, Jessie - CAO CL2140 Paralegal I <Jessie.Foreman@denvergov.org>, Lechman Jr., Stan A. - CAO CL2140 Paralegal I <Stan.LechmanJr@denvergov.org>

Mr. Kaufman,
I will let you know immediately if and when the flash drive arrives. Please provide the FedEx tracking number so I can monitor delivery myself.As discussed before, I will review the contents of the flash drive once it is received and notify you right away if anything is missing or inaccessible.

Thank you,

Angela Nicole Linzy
Pro se Plaintiff
15017 E Stanford Dr. Aurora, Co. 80015
720.520.2259
mslinzy0@gmail.com
[Quoted text hidden]

📄 **image001.png**
11 KB

21

1:25- cv- 01613- TPO



EXHIBIT D

---

**Final Reminder: Jessie.Foreman@denvergov.org has invited you to collaborate on Box**

1 message

**Jessie.Foreman@denvergov.org (Jessie.Foreman@denvergov.org)** <noreply@box.com>    Thu, Nov 13, 2025 at 4:08 AM
To: mslinzy0@gmail.com



### Reminder: Jessie.Foreman@denvergov.org (Jessie.Foreman@denvergov.org) has invited you to collaborate on a folder: 2025.11.06 Defendants' Init...

**Accept Invite**

Get our app to view this on mobile

© 2025 · 900 Jefferson Avenue, Redwood City, CA 94063, USA

About Box · Edit Notification Settings · Privacy Policy

22

1:25-cv-01613-TPO



EXHIBIT D

---

## Invite

1 message

---

**Angela** <mslinzy0@gmail.com>                                                                         Thu, Nov 13, 2025 at 11:53 AM
To: Foreman, Jessie - CAO CL2140 Paralegal I <Jessie.Foreman@denvergov.org>

I can not accept your invite because i can not get into the account.
1. once i sign in its asking for a 2 step verification code thats being sent my old number.
2. You call this a Final Warning I dont understand what your even doing here we have never formerly been introduced you pop in here and there. I have asked if Mr. Kaufman or you are willing to schedule a phone call and i get no reply. If you have time my new phone number is 303.862.1008 I do believe we better benefit from at least one phone call.

Kind Regards
Angela Nicole Linzy
Pro se Plaintiff

23