IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-01613-TPO

ANGELA NICOLE LINZY,

     Plaintiff,

v.

CITY AND COUNTY OF DENVER;
DENVER POLICE DEPARTMENT;
HEYLIE MONTOYA;
CLAIRE ISAACSON;
CAROLYN WRIGHT;
MATTHEW KEELING;
KEERI MISIANO;
ANDRE GONZALES;
GREGORY BLACK;
CHAD KURODA;
KARL ROLLER;
ALAN MA;
MATHEW TRUJILLO;
JESSICA SANCHEZ;
DAVID WASHECHEK;
KEVIN KIRBY;
CRYSTAL RAYMOND; and
JAMES ARMSTRONG, JR.,

     Defendants.

---

**MINUTE ORDER**

---

**Entered by Timothy P. O'Hara, United States Magistrate Judge, on November 26, 2025.**

    The Court will address all pending Motions at the Scheduling Conference set for December 10, 2025. **No additional briefing shall be filed on Plaintiff's two Motions to Compel [ECF 57 & 58]**.